1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 2 3 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

Gary M. Smith
NORTHWEST JUSTICE PROJECT
1310 N. 5th Ave., Suite B
Pasco, WA 99301
(509) 547-2760

# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF WASHINGTON
### RICHLAND DIVISION

DARVIN E. GRIGG,

                Plaintiff

vs.

DANIEL N. GORDON, P.C., and
MATHEW R. AYLWORTH, and
ATLANTIC CREDIT & FINANCE
INC.,

                Defendants

Case No. **CV-11-5038-LRS**

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

## INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiff, an individual consumer, against defendants Atlantic Credit & Finance Inc. (hereinafter "Atlantic"), Mathew R. Aylworth (hereinafter "Aylworth"), and Daniel N. Gordon, P.C. (hereinafter "Gordon P.C.") for violations of the Fair

COMPLAINT- 1

Debt Collection Practices Act, 15 U.S.C. §1692 et seq. (hereinafter "FDCPA"); the Washington Collection Agency Act, RCW 19.16 et seq.; and the Washington Consumer Protection Act, RCW 19.86 et seq.

## JURISDICTION AND VENUE

2. Jurisdiction over this action arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

3. This Court has jurisdiction over the state law claims under 28 U.S.C. § 1367.

4. Venue is proper, because most of the relevant events occurred within Benton and Franklin Counties of Washington State, both of which are located within this District.

## PARTIES

5. Plaintiff is a natural person, residing in Benton County, Washington State.

6. Defendant Gordon P.C., a professional corporation registered in the State of Oregon, is operated by attorney Daniel Nathan Gordon.

7. Mr. Gordon holds his law firm out to be a debt collector primarily engaged in the collection of consumer debts. See documents retrieved from Gordon P.C.'s website, attached as Exhibit 1.

8. On information and belief, the firm's area of practice is "100% debt collection." See attorney Gordon's entry in the on-line referral service

COMPLAINT- 2

Avvo.com, and information made public by the Washington State Bar

Association concerning Mr. Gordon, all attached as Exhibit 2.

9. On March 25, 2010, Mr. Gordon was reprimanded by the Washington

Supreme Court as reciprocal discipline after the Oregon Supreme Court

sanctioned him for "failure to review records before preparing, signing, and

filing an affidavit with the court, which resulted in a judgment based on false

information." See Exhibit 2.

10. Defendant Alyworth is an attorney employed by defendant Gordon P.C.

primarily to collect debts owed or claimed to be owed to Gordon P.C.'s

clients, which include defendant Atlantic Credit & Finance, Inc.

11. On information and belief, defendant Aylworth's area of practice is "100%

debt collection." See defendant Aylworth's entry in the on-line referral

service Avvo.com, and information concerning defendant Aylworth as made

public by the Washington State Bar Association, all attached as Exhibit 3.

12. On March 25, 2010, defendant Aylworth was reprimanded by the

Washington Supreme Court as reciprocal discipline after the Oregon

Supreme Court sanctioned him for "failure to review a proposed judgment of

dismissal and to serve it on the defendant before filing." See Exhibit 3.

COMPLAINT- 3

13. Defendants Aylworth and Gordon P.C. are directly engaged in soliciting claims owed to other persons, such as defendant Atlantic Credit & Finance, Inc., for purposes of collection by defendants Aylworth and Gordon P.C.

14. Defendants Gordon P.C. and Aylworth regularly appear in the courts of Washington as counsel for various creditor clients, including defendant Atlantic Credit & Finance, Inc.

15. Defendants Aylworth and Gordon P.C. regularly use instrumentalities of interstate commerce, including the telephones, the Internet, and the mails, in their business, the principal purpose of which is the collection of debts.

16. Defendants Gordon P.C. and Aylworth are directly engaged in, and do, regularly collect or attempt to collect debts owed or due, or asserted to be owed or due, to others.

17. A January 31, 2011 search of the online records of the Washington state department responsible for licensing collection agencies under state law established that neither defendant Aylworth nor defendant Gordon P.C. is or was at a relevant time licensed by the State of Washington to engage in collection activities within this state under Revised Code of Washington Chapter 19.16.

18. Defendant Atlantic Credit and Finance, Inc., ("Atlantic") is a corporation headquartered in Roanoke, Virginia. According to public information

COMPLAINT- 4

1    provided on its corporate website, Atlantic is directly engaged in the

2    business of soliciting the purchase of defaulted consumer debt from original

3    creditors for collection in its own name. See Exhibit 4, attached.

4    19. A January 31, 2011 search of the online records of the Washington state

5    department responsible for licensing collection agencies under state law

6    established that defendant Atlantic is not and was not at any relevant time

7    licensed by the State of Washington to engage in collection activities within

8    this state under Revised Code of Washington Chapter 19.16.

9    20. Defendant Atlantic has used the instrumentalities of interstate commerce,

10    including the mails, in a business the primary purpose of which is the

11    collection of debts which were in default at the time those debts were

12    assigned or sold to defendant Atlantic.

13    21. At all relevant times, defendants have claimed plaintiff to be obligated to

14    pay defendant Atlantic a debt arising from a credit card agreement plaintiff

15    entered for personal, family and household purposes with Household Bank,

16    as purchased by defendant Atlantic from Household Bank after plaintiff's

17    default.

18    22. Plaintiff therefore is a "consumer", as defined by the Fair Debt Collection

19    Practices Act, 15 U.S.C. §1692a(3).

20

21

COMPLAINT- 5

Northwest Justice Project
1310 N. 5th Ave., Suite B
Pasco, Washington  99301
Phone: (509) 547-2760  Fax: (509) 547-1612

23. Further, defendants are therefore "debt collectors" subject to and governed by the prohibitions and requirements of the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq.

24. Moreover, defendants Gordon P.C., Aylworth, and Atlantic are "debt collection agencies" as subject to and governed by RCW Chapter 19.16.

FACTS

25. On or about November 17, 2006, defendant Atlantic filed a complaint and certain related documents in the Superior Court of Washington for Benton County alleging that plaintiff Darvin E. Grigg was indebted to it for $5,223.80 under a defaulted credit card debt Atlantic had purchased from Household Bank.

26. That action was assigned Case No. 06-2-02846-2.

27. Mr. Grigg has been completely and totally disabled since 2004. At all times since then, his only source of income has consisted of Social Security Disability benefits exempt from garnishment or other attachment under state and federal law.

28. In a written response to Atlantic's 2006 complaint, plaintiff Darvin E. Grigg informed defendant Atlantic through its counsel as follows:

"Regarding the legal papers represented by the enclosed face page copy, I wish to inform you simply that I have no income that can be garnished. The only income that I receive is Social Security. Knowing

COMPLAINT- 6

Northwest Justice Project
1310 N. 5th Ave., Suite B
Pasco, Washington 99301
Phone: (509) 547-2760 Fax: (509) 547-1612

this, if you seek any other means of recovering the quoted funds, you may find yourselves to be the defendants."

29. On November 30, 2006, the Benton County Superior Court entered a stipulated judgment against plaintiff awarding defendant Atlantic the original amount of the debt plus fees and costs attendant to the suit, for a total judgment of $5708.80, with post-judgment interest to accrue at 12% per year.

30. By the terms of that judgment, plaintiff undertook voluntarily to pay Atlantic $50.00 each month toward the stipulated judgment, commencing November 2006.

31. Plaintiff made that payment regularly thereafter through all of 2007 and 2008, and most of 2009.

32. Although defendant Atlantic knew or should have known at all times that plaintiff's only income was exempt from garnishment or attachment, Atlantic's counsel nonetheless unlawfully and wrongly attempted to garnish Mr. Grigg's exempt SSDI funds in December 2009.

33. In the application for the 2009 writ, Atlantic's counsel certified that plaintiff had paid $1,750.00 toward the judgment. See certified copy of application attached as Exhibit 5.

COMPLAINT- 7

Northwest Justice Project
1310 N. 5th Ave., Suite B
Pasco, Washington 99301
Phone: (509) 547-2760  Fax: (509) 547-1612

34. The December 2009 garnishment failed because Mr. Griggs had previously changed to Hapo Community Credit Union the account to which his monthly Social Security Disability benefits are electronically deposited.

35. Thereafter, defendant Atlantic retained defendants Gordon P.C. and Aylworth to pursue garnishment proceedings against plaintiff in the Benton County Superior Court, although Atlantic, Aylworth, and Gordon P.C. knew or should have known at all times that plaintiff's sole income was the exempt SSDI benefits electronically transferred to his credit union account each month.

36. In an application for Writ of Garnishment filed in the Benton County Superior Court on August 10, 2010, defendants falsely represented under penalty of perjury that plaintiff had "made no payment whatsoever" on the judgment entered against him by stipulation on November 30, 2006. See certified copy of Application for Writ of Garnishment, attached as Exhibit 6.

37. In the application for Writ of Garnishment filed in the Benton County Superior Court on August 10, 2010, defendants falsely represented under penalty of perjury that they knew facts establishing that the named garnishee, Hapo Community Credit Union, had possession or control of funds belonging to plaintiff "which are not exempted from garnishment by any state or federal law."

COMPLAINT- 8

Northwest Justice Project
1310 N. 5th Ave., Suite B
Pasco, Washington 99301
Phone: (509) 547-2760  Fax: (509) 547-1612

38. In truth, defendants knew or should have known at all times that plaintiff's sole income consisted of the exempt SSDI benefits which constituted the sole source of all deposits and funds within the plaintiff's account at Hapo Community Credit Union.

39. But for these false and fraudulent representations, made under penalty of perjury, the Benton County Superior Court could not have, and would not have, issued a writ of garnishment against the exempt funds in plaintiff's bank account.

40. However, in reasonable reliance upon defendants' false and fraudulent representations under penalty of perjury, the Benton County Superior Court on August 10, 2010 issued a Writ of Garnishment, drafted by defendants to include false representations of the amount due and owing under the November 30, 2006 stipulated judgment, and directed toward plaintiff's exempt funds on deposit with Hapo Community Credit Union.

41. Defendants made no attempt to notify plaintiff of its filings or the issuance of the writ of garnishment for more than six weeks.

42. Plaintiff in fact never received service of defendants' filings or notice from defendants of the application or the writ.

COMPLAINT- 9

43. Plaintiff only learned of the garnishment on October 1, 2010 when he checked his online Hapo account records and found out defendants' garnishment had frozen the funds in his account as of September 30, 2010.

44. At all relevant times, the only funds ever deposited or held in that account, which included a $1,218.00 retroactive SSDI benefit check electronically deposited in plaintiff's account by the United States government just the day before, constituted SSDI benefits exempt under federal and state law.

45. Defendants' illegal and unjustified attachment of plaintiff's exempt SSDI benefits and funds left plaintiff with a single dollar bill as his only financial resource during the month of October 2010.

46. As a result of defendants' unfair, deceptive, and unconscionable conduct, plaintiff was rendered destitute, being forced to rely entirely on local charities for the most basic survival needs.

47. During most of October 2010, defendant's unfair, deceptive, and unconscionable acts caused plaintiff to suffer severe physical hardship including hunger; worsened his depression and bouts of more acute mental illness; and caused him anxiety, worry, humiliation, and loss of enjoyment of life.

48. For example, for lack of funds for even the most basic necessities, plaintiff was required to bathe with dish detergent and old socks.

Northwest Justice Project
1310 N. 5th Ave., Suite B
Pasco, Washington 99301
Phone: (509) 547-2760 Fax: (509) 547-1612

49. Plaintiff had no money to purchase fuel for his car, pay for repairs to keep it running, or take advantage of public transportation. Yet he needed to travel constantly around the Tri-Cities to whatever charitable sources of food and housing assistance he could find.  Plaintiff was therefore required to walked long distances daily in painful and worn-out shoes, carrying his belongings in a heavy backpack.

50. During this period, plaintiff suffered the personal degradation of doing without such hygienic basics as toilet paper or the incontinence pads he has needed since a surgery several years ago.

51. For several days, during this period, plaintiff had to endure severe tooth pain because he lacked the means to buy pain medication.

52. Moreover, plaintiff was denied even the simple pleasure of buying a daily newspaper, replacing his reading glasses, or buying the $7.00 replacement antenna he needed to use his television.

53. Plaintiff sought legal help as soon as he learned of the illegal garnishment, but his search was hampered by lack of funds for an attorney and because originally he did not even know who had filed the garnishment.

54. Plaintiff eventually found help at the Northwest Justice Project. On October 12, 2010, a Notice of Exemption supported by plaintiff's declaration under penalty of perjury as to the exempt nature of all funds in the garnished

COMPLAINT- 11

Northwest Justice Project
1310 N. 5th Ave., Suite B
Pasco, Washington  99301
Phone: (509) 547-2760  Fax: (509) 547-1612

account was filed with the Benton County Superior Court and served on defendants by both facsimile transmission and first class mail.

55. The service letter accompanying that notice, as received by defendants on the morning of October 12, 2010, demanded that defendants immediately release the attached funds. See Exhibit 7, attached.

56. Defendants failed to release the funds or to respond in any way to the notice of exemption and demand.

57. The next day, on October 13, 2010, an affirmative Motion to Quash Garnishment was filed in the Benton County Superior Court on plaintiff's behalf, and likewise served on defendants. A copy thereof is attached as Exhibit 8.

58. Again, defendants failed to immediately release the attached funds or otherwise respond.

59. In addition, despite defendants' actual knowledge of the exempt nature of the funds in the garnished credit union account, and of the pending Notice of Exemption and Motion to Quash Garnishment, and without notice of intended presentment to plaintiff or his counsel as required by both law and the Washington Rules of Professional Conduct, on October 20, 2010 defendants presented *ex parte* to the Benton County Superior Court a

COMPLAINT- 12

Northwest Justice Project
1310 N. 5th Ave., Suite B
Pasco, Washington 99301
Phone: (509) 547-2760 Fax: (509) 547-1612

1   Judgment on Answer and Order to Pay for issuance against plaintiff and

2   Hapo Community Credit Union.

3   60. That Judgment falsely and fraudulently represented that Hapo had

4   "withheld non exempt (*sic*) funds due to defendant in the nonexempt amount

5   of $1226.60" and wrongly and illegally ordered Hapo to pay plaintiff's SSDI

6   funds to defendants Aylworth and Gordon P.C. toward a garnishment

7   judgment that included "$50.20 for recoverable costs."

8   61. In reasonable reliance on defendants' false and fraudulent representations,

9   their unfair, deceptive, and unconscionable failure or refusal to notify

10   plaintiff or his counsel of intended presentment of this false and illegal

11   order, and defendants' unfair, deceptive, and unconscionable failure to

12   candidly advise the *ex parte* judge of the pending Notice of Exemption and

13   Motion to Quash, the Benton County Superior Court signed and entered that

14   Judgment as presented to it. See certified copy of October 20, 2010

15   Judgment on Answer of Garnishment Defendant, attached as Exhibit 9.

16   62. Fortunately, Hapo released plaintiff's SSDI funds to him on or about

17   October 24, 2010.

18   63. However, even thereafter, defendants did not vacate, withdraw, or otherwise

19   judicially remedy its illegal, wrongful, unfair and unconscionable actions in

20   connection with obtaining the October 20, 2010 *ex parte* judgment.

21

COMPLAINT- 13

Northwest Justice Project
1310 N. 5th Ave., Suite B
Pasco, Washington  99301
Phone: (509) 547-2760  Fax: (509) 547-1612

64. It was not until plaintiff's counsel by happenstance learned for the first time of the October 20th judgment entry, and served a proposed motion to vacate that judgment as fraudulently and illegally obtained, that the judgment order was finally stricken on December 17, 2010.

## FAIR DEBT COLLECTION PRACTICES ACT
### COUNT ONE

65. In connection with the August 10, 2010 Application for Writ of Garnishment, each defendant violated Section 1692e and/or Section 1692f of the FDCPA, causing plaintiff to suffer injuries.

## FAIR DEBT COLLECTION PRACTICES ACT
### COUNT TWO

66. In connection with defendants' *ex parte* procurement of the October 20, 2010 judgment, each defendant violated Section 1692e and/or Section 1692f of the FDCPA, causing plaintiff to suffer injuries.

## WASHINGTON STATE COLLECTION AGENCY ACT
### COUNT THREE

67. Defendants regularly conduct collection activities in this state against residents of this state which are subject to the licensing requirements of Washington Revised Code Chapter 19.16, including the judicial collection activities at issue herein. Compare, *Lang v. Daniel N. Gordon P.C.,* Case No. C10-819RSL (W.D. Washington Jan. 6, 2011); *McLain v. Daniel N. Gordon P.C.,* Case No. C09-5362BHS (W.D. Washington August 24, 2010).

COMPLAINT- 14

1    68. Nonetheless, defendants have failed or refused to register for and obtain

2         such licensure, in violation of RCW § 19.16. 100 and RCW §19.16.260.

3    69. Further, the acts complained of herein constitute violation of the

4         prohibitions contained in RCW § 19.16.250 (1), (8)(i), and (15).

5    70. Pursuant to RCW § 19.16.450, defendants and any other person who may

6         seek to collect any amount from plaintiff concerning the Household Bank

7         account assigned to Atlantic are now barred from recovering or claiming any

8         interest, service charge, attorneys' fees, collection costs, delinquency charge,

9         or any other fees or charges beyond the original $5223.80 amount as reduced

10        by the full amount of plaintiff's past payments.

11   71. Pursuant to RCW §19.16.900, plaintiff's remedies against defendants for

12        these violations are not penal, but cumulative and nonexclusive so that they

13        may not be applied to reduce or prevent any recoveries that may be available

14        to plaintiff under other laws.

15               WASHINGTON STATE CONSUMER PROTECTION ACT
                                COUNT FOUR
16

17   72. Any violation of the Washington Collection Agency Act by law constitutes

18        an unfair and deceptive act in trade or business entitling a consumer to

19        recovery under the Washington State Consumer Protection Act, RCW

20        Chapter 19.86. See RCW 19.16.440 and S*prinkle v. SB&C Ltd.*, 472

21        F.Supp.2d 1235 (W.D.Wash.2006).

COMPLAINT- 15

73. Further, the acts complained of herein are in themselves injurious to the public interest in that they have the capacity to injure others, and because, as Congress stated in 15 U.S.C. §1692, the use of unfair, unconscionable, or deceptive acts and practices to collect consumer debts has an injurious impact on the public, contributing as they do to the number of personal bankruptcies, and to martial instability, loss of employment, and invasions of privacy, from which states should protect their consumer citizens.

74. Further, Congress noted, such practices are injurious to the interests of debt collectors who use lawful means to conduct their business, since those practices may disadvantage businesses which play by the rules.

75. Consequently, acts or practices which violate the FDCPA, when committed by person or entities conducting the trade or commerce of collecting consumer debts in the State of Washington, are per se unfair or deceptive acts or practices injurious to the public interest and prohibited by RCW 19.86.020.

76. Defendants are engaged in the trade or commerce of collecting consumer debts, and/or the solicitation and purchasing for value of assets consisting of intangible property which defendants then seek to enforce against residents of this state like plaintiff.

Northwest Justice Project
1310 N. 5th Ave., Suite B
Pasco, Washington 99301
Phone: (509) 547-2760  Fax: (509) 547-1612

1   77. Defendants' acts as complained of herein were unfair and deceptive acts or

2   practices violating RCW Chapter 19.86, which injured plaintiff in his

3   business or property.

DEMAND FOR RELIEF

5   WHEREAS, plaintiff demands judgment against defendants:

6   (a) under Count One, for compensatory and statutory damages, plus costs

7   and a reasonable attorney fee;

8   (b) under Count Two, for compensatory and statutory damages, plus costs

9   and a reasonable attorney fee;

10   (c) under Count Three, for a declaratory judgment and permanent injunction

11   barring defendants or anyone who may hereafter assert any claim against

12   plaintiff as to the Household Bank debt assigned to defendant Atlantic, from

13   recovering or claiming any interest, service charge, attorneys' fees,

14   collection costs, delinquency charge, or any other fees or charges beyond the

15   original $5223.80 amount of that debt as reduced by the full amount of

16   plaintiff's payments;

17   d) under Count Four, for three times plaintiff's compensatory damages, plus

18   costs and a reasonable attorney fee;

19

20

21

COMPLAINT- 17



1    e) under Count Four, for an injunction prohibiting defendants from

2    conducting any debt collection activities within the State of Washington

3    save they first obtain licensure under RCW Chapter 19.16 and thereafter

4    comply with the Chapter's substantive requirements and prohibitions.

5    Counsel certifies that a copy of this complaint has been served upon the

6    Attorney General of the State of Washington as required by RCW

7    §19.86.095;

8    f) for such other relief to which plaintiff may be entitled in law or equity.

9

10

11    Gary M. Smith  WSBA # 42792
      NORTHWEST JUSTICE PROJECT
12    1310 N. 5th Ave., Suite B
      Pasco, Washington 99301
13    Tel:  (509) 547-2760
      Fax:  (509) 547-1612
14    garys@nwjustice.org
      Trial Attorney for Plaintiff
15

16    Clifford H. Brown WSBA # 42675
17    8220 W. Gage Blvd., # 175
      Kennewick, WA. 99336
18    (509) 392-7137
      law.cliffordhbrown@gmail.com
19    Co-Counsel for Plaintiff

20

21
      COMPLAINT- 18                                    Northwest Justice Project
                                                        1310 N. 5th Ave., Suite B
                                                        Pasco, Washington  99301
                                                Phone: (509) 547-2760  Fax: (509) 547-1612

COMPLAINT EXHIBIT 1



**4023 West 1st Avenue**
**Eugene, Oregon 97402**

**Toll-Free:** 1-866-854-2708
**Direct:** 541-342-2276
**Email:** info@dgordonpc.com

**Payment Mailing Address:**
P.O. Box 22338
Eugene, OR 97402

Welcome to the Daniel N. Gordon, P.C. online payment processing center. Making payments online is an easy and secure way for you to manage your account. To utilize this service, you will need your 10-digit account number and the last four digits of your Social Security number.

*Click here to make a payment »*

**? How do I know my account number?**

Your account number is 10-digits long and is listed on any coorespondence that you have received from Daniel N. Gordon, P.C.

**? Questions about your account?**

Our helpful account representatives are available to assist you with any questions you have about your account or the payment process. You can reach us **toll free 1-800-311-8566.**

*This law firm is a debt collector engaged in the collection of consumer debts.*

Terms of Use  |  Online Security  |  Privacy Policy

Daniel N. Gordon, P.C. All Rights Reserved. Copyright 2011 | Toll Free: 1-800-311-8566 | Email: info@dgordonpc.com
Website design by Feynman Group | XHTML | CSS | 508



| Home | Company Background | FAQ | Contact Us |

## Company Background

Our national call center is committed to assisting consumers in resolving commercial, medical and retail debt. With attorneys practicing throughout the greater Northwest, Daniel N. Gordon, P.C. is a growing firm dedicated to increasing recovery for clients while aiding consumers to resolve their debts in a timely fashion.

*This law firm is a debt collector engaged in the collection of consumer debts.*

Terms of Use | Online Security | Privacy Policy

Daniel N. Gordon, P.C. All Rights Reserved. Copyright 2011 | Toll Free: 1-800-311-8566 | Email: info@dgordonpc.com
Website design by Feynman Group | XHTML | CSS | 508

Daniel N. Gordon, P.C.    http://www.dgordonpc.com/faq.cfm



## Frequently Asked Questions

**[?]  How do I contact Daniel N. Gordon, P.C.?**

Our mailing address is:

Daniel N. Gordon, P.C.
P.O. Box 22338
Eugene, OR 97402
Our toll free number is 800-311-8566.
Our fax number is 541-343-8059.

**[?]  How do I find my account number?**

Your account number is 10 digits long and is listed on any letter you receive from Daniel N. Gordon, P.C. If you need assistance, you can call our toll free number and one of our representatives can help you.

**[?]  Is the online payment center the only way that I can make a payment?**

No. You can call our toll free number and make a payment by phone or mail your payments to the address listed above.

*This law firm is a debt collector engaged in the collection of consumer debts.*

Terms of Use    |    Online Security    |    Privacy Policy

Daniel N. Gordon, P.C. All Rights Reserved. Copyright 2011 | Toll Free: 1-800-311-8566 | Email: info@dgordonpc.com
Website design by Feynman Group | XHTML | CSS | 508



## Daniel N. Gordon, P.C.
### Attorney at Law

*Serving the Pacific Northwest since 1978*

Home    Company Background    FAQ    Contact Us

## Contact Us

**4023 West 1st Avenue Eugene, Oregon 97402**

**Toll-Free:** 1-866-854-2708
**Direct:** 541-342-2276
**Email:** info@dgordonpc.com

**Payment Mailing Address:**
P.O. Box 22338
Eugene, OR 97402

*This law firm is a debt collector engaged in the collection of consumer debts.*

Terms of Use  |  Online Security  |  Privacy Policy

Daniel N. Gordon, P.C. All Rights Reserved. Copyright 2011 | Toll Free: 1-800-311-8566 | Email: info@dgordonpc.com
Website design by Feynman Group | XHTML | CSS | 508

2/14/2011 4:08 PM

23

COMPLAINT EXHIBIT 2

24

Case 2:11-cv-05038-LRS    ECF No. 1    filed 02/23/11    PageID.25    Page 25 of 91

Also find Doctors

# AVVO.

Doctors. Lawyers. Ratings. Answers.

Sign in | Register | Are you a Lawyer?

| Find a Lawyer | Research Legal Issues | Ask a Lawyer | Review a Lawyer |

| Debt Collection | Oregon | Find lawyers |

Home > Find a Lawyer > Eugene Lawyers > Eugene Debt Collection Lawyers > Daniel Nathan Gordon

## Daniel Nathan Gordon  - Is this you? Claim and update your profile for free.

Back to Search Results





**Attention**

**Client Ratings**
Not yet reviewed
Former client? Write a review

This lawyer has been cited for professional misconduct. more

What is the Avvo Rating?

**Looking for a Doctor?**
Choose the right doctor on Avvo—one of the largest medical directories on the Web!

Find a doctor

Avvo

new

E-mail Lawyer    Save    Send to a friend

**Related Lawyer Searches**

Debt Collection lawyers
Eugene Debt Collection lawyers
Eugene lawyers
Lane County Debt Collection lawyers
Lane County lawyers
Oregon Debt Collection lawyers

## Overview

| | |
|---|---|
| **Practice Areas** | 100% Debt Collection |

**Contact Information**
Po Box 22338
Eugene, OR 97402
Office: 541-342-2276
View map

E-mail this lawyer

## References

**Client Reviews**

How would you rate this lawyer?
If you're a current or former client, share your thoughts (anonymously, if you prefer). Would you recommend this lawyer to other clients?

Review this lawyer

**Endorsements**

Endorse a fellow lawyer, get more visits to your profile
In addition to providing a simple way to express your gratitude to fellow lawyers, any time you add an endorsement to a peer's profile, a link to your profile will appear on it.

Endorse this lawyer

## Résumé

**License**

9 years since Daniel Nathan Gordon was first licensed to practice law in WA.

| State | License status | Year acquired | Last updated by Avvo |
|---|---|---|---|
| Washington | Active | 2002 | 10/21/2010 |

This lawyer has been cited for professional misconduct by a state disciplinary authority.

| State | Citation type | Year cited | Last updated by Avvo |
|---|---|---|---|
| Washington | Reprimand | 2010 | 10/21/2010 |

**Daniel Nathan Gordon - Is this your profile?**

✓ Claiming your profile is free and easy.

✓ Highlight your practice areas, work experience, speaking engagements, awards, and more.

✓ Showcase your expertise and selected case histories.

Claim your profile for free

| Debt Collection | Oregon | Find lawyers |
|---|---|---|


Doctors. Lawyers. Ratings. Answers.

**Avvo Legal**
Find a Lawyer
Free Legal Advice
Ask a Lawyer

**Avvo Health**
Find a Doctor
Health Info/Medical Advice
Ask a Doctor

**For Professionals**
For Lawyers
For Doctors
Claim Your Profile

**Company Info**
About Us
Jobs
Avvo Blog

1/31/2011 10:18 AM

Review a Lawyer          Review a Doctor          For Law Firms          Support
                                                  For Medical Groups     Partner With Us

© 2011 Avvo, Inc. All Rights Reserved    Terms of Use | Privacy Policy | Community Guidelines      FOLLOW US ON



## WSBA Lawyer Profile

| | | | |
|---|---|---|---|
| Member Name: | Daniel Nathan Gordon | WSBA Bar#: | 32186 |
| Firm or Employer: | | Admit Date: | 5/20/2002 |
| Address: | PO Box 22338<br>Eugene, OR  97402-0417<br>United States | Status: | Active |
| | | Phone: | (541) 342-2276 |
| | | Fax: | (541) 343-8059 |
| | | TDD: | |
| | | Email: | **dgordonpc@aol.com** |
| | | Private Practice? | Yes |
| | | Has Insurance? | Yes- **Click for more info** |
| | | Last Date Reported: | 10/19/2010 |
| | | Website: | |

**[Discipline/Admonition Notice +]**

Only active members of the Washington State
Bar Association, and others as authorized by law,
may practice law in Washington.

The discipline search function may or may not
reveal all disciplinary action relating to a lawyer.
The discipline information accessed is a summary
and not the official decision in the case. For more
complete information, call 206-727-8207.

| Area(s) of Practice |
|---|
| Collections |

**Disclaimer +**

**Is your address current and correct?
You can now make changes online by going to My Profile.**

Terms Of Use | Privacy Statement



---

## Discipline Notice - Daniel Nathan Gordon

| WSBA Bar#: | 32186 | Member Name: | Daniel Nathan Gordon |
|---|---|---|---|
| Action: | Reprimand | Effective Date: 03/25/2010 | |
| RPC: | | | |
| Discipline Notice: | Daniel Nathan Gordon (WSBA No. 32186, admitted 2002), of Eugene, Oregon, was ordered to receive a reprimand, entered on March 25, 2010, by order of the Washington State Supreme Court imposing reciprocal discipline in accordance with an order of the Supreme Court of the State of Oregon. This discipline is based on failure to review records before preparing, signing, and filing an affidavit with the court, which resulted in a judgment based on false information. For more information, see the Oregon State Bar Bulletin (May 2009) available at www.osbar.org. | | |
| | Mr. Gordon's actions violated Oregon's RPC 8.4(a)(4), prohibiting conduct prejudicial to the administration of justice. | | |
| | Joanne S. Abelson represented the Bar Association. Mr. Gordon represented himself. | | |

**The discipline search function may or may not reveal all disciplinary action relating to a lawyer. The discipline information accessed is a summary and not the official decision in the case. For more complete information, call 206-727-8207 and press 7.**

Terms Of Use | Privacy Statement

COMPLAINT EXHIBIT 3

*30*

Also find Doctors

# Avvo

Doctors. Lawyers. Ratings. Answers.

Sign in  |  Register  |  Are you a Lawyer?

| Find a Lawyer | Research Legal Issues | Ask a Lawyer | Review a Lawyer |

| Debt Collection | Oregon | Find lawyers |

Home > Find a Lawyer > Eugene Lawyers > Eugene Debt Collection Lawyers > Matthew R Aylworth

## Matthew R Aylworth - Is this you? Claim and update your profile for free.

Back to Search Results




**Attention**

**Client Ratings**
Not yet reviewed
Former client? Write a review

This lawyer has been cited for professional misconduct. more

What is the Avvo Rating?

**Free Medical Advice**
Get free answers to your medical questions from real doctors

Ask a medical question

Avvo

[ E-mail Lawyer ]   Save   [ Send to a friend ]

## Overview

| Practice Areas | 100% Debt Collection |
|---|---|

**Related Lawyer Searches**

Debt Collection lawyers
Eugene Debt Collection lawyers
Eugene lawyers
Lane County Debt Collection lawyers
Lane County lawyers
Oregon Debt Collection lawyers

| Contact Information | 4023 W 1st Ave |
|---|---|
| | Po Box 22338 |
| | Eugene, OR 97402 |
| | Office: 541-342-2276 |
| | View map |
| | See additional addresses |

E-mail this lawyer

## References

| Client Reviews | How would you rate this lawyer? |
|---|---|
| | If you're a current or former client, share your thoughts (anonymously, if you prefer). Would you recommend this lawyer to other clients? |
| | Review this lawyer |

| Endorsements | Endorse a fellow lawyer, get more visits to your profile |
|---|---|
| | In addition to providing a simple way to express your gratitude to fellow lawyers, any time you add an endorsement to a peer's profile, a link to your profile will appear on it. |
| | Endorse this lawyer |

## Résumé

| License | 4 years since Matthew R Aylworth was first licensed to practice law in OR. |
|---|---|

4 years since Matthew R Aylworth was first licensed to practice law in WA.

| State | License status | Year acquired | Last updated by Avvo |
|---|---|---|---|
| Oregon | Active | 2007 | 11/05/2009 |
| Washington | Active | 2006 | 11/04/2010 |

This lawyer has been cited for professional misconduct by a state disciplinary authority.

| State | Citation type | Year cited | Last updated by Avvo |
|---|---|---|---|
| Oregon | Reprimand | 2008 | 11/05/2009 |
| Washington | Reprimand | 2010 | 11/04/2010 |

**Matthew R Aylworth - Is this your profile?**

✓ Claiming your profile is free and easy.

✓ Highlight your practice areas, work experience, speaking engagements, awards, and more.

✓ Showcase your expertise and selected case histories.

Claim your profile for free

| Debt Collection | Oregon | Find lawyers |
|---|---|---|

Doctors. Lawyers. Ratings. Answers.

| Avvo Legal | Avvo Health | For Professionals | Company Info |
|---|---|---|---|
| Find a Lawyer | Find a Doctor | For Lawyers | About Us |
| Free Legal Advice | Health Info/Medical Advice | For Doctors | Jobs |
| Ask a Lawyer | Ask a Doctor | Claim Your Profile | Avvo Blog |
| Review a Lawyer | Review a Doctor | For Law Firms | Support |
| | | For Medical Groups | Partner With Us |

© 2011 Avvo, Inc. All Rights Reserved    Terms of Use  |  Privacy Policy  |  Community Guidelines

FOLLOW US ON

http://www.mywsba.org/default.aspx?tabid=178&RedirectTabId=17...

*34*



## WSBA Lawyer Profile

| | | | |
|---|---|---|---|
| Member Name: | Matthew R Aylworth | WSBA Bar#: | 37892 |
| Firm or Employer: | Daniel N Gordon PC | Admit Date: | 11/2/2006 |
| Address: | 4023 W 1st Ave<br>PO Box 22338<br>Eugene, OR 97402-0417<br>United States | Status: | Active |
| | | Phone: | (541) 342-2276 |
| | | Fax: | (541) 343-8059 |
| | | TDD: | |
| | | Email: | maylworth@dgordonpc.com |
| | | Private Practice: | Yes |
| | | Has Insurance? | Yes- **Click for more info** |
| | | Last Date Reported: | 10/18/2010 |
| | | Website: | |

**[Discipline/Admonition Notice +]**

Only active members of the Washington State Bar Association, and others as authorized by law, may practice law in Washington.

The discipline search function may or may not reveal all disciplinary action relating to a lawyer. The discipline information accessed is a summary and not the official decision in the case. For more complete information, call 206-727-8207.

| Area(s) of Practice |
|---|
| Collections |

| Other Languages |
|---|
| Korean |

**Disclaimer +**

**Is your address current and correct?**
**You can now make changes online by going to My Profile.**

Terms Of Use | Privacy Statement

*34*



## Discipline Notice - Matthew R Aylworth

| | | | |
|---|---|---|---|
| WSBA Bar#: | 37892 | Member Name: | Matthew R Aylworth |
| Action: | Reprimand | Effective Date: 03/25/2010 | |
| RPC: | | | |
| Discipline Notice: | Matthew R. Aylworth (WSBA No. 37892, admitted 2006), of Eugene, Oregon, was ordered to receive a reprimand, entered on March 25, 2010, by order of the Washington State Supreme Court imposing reciprocal discipline in accordance with an order of the Supreme Court of the State of Oregon. This discipline is based on failure to review a proposed judgment of dismissal and to serve it on the defendant before filing. For more information, see the Oregon State Bar Bulletin (May 2008) available at www.osbar.org.<br><br>Mr. Aylworth's actions violated Oregon's RPC 3.5(b), prohibiting ex parte communications with the court; and Oregon's RPC 8.4(a)(4), prohibiting conduct prejudicial to the administration of justice.<br><br>Joanne S. Abelson represented the Bar Association. Mr. Aylworth represented himself. | | |

**The discipline search function may or may not reveal all disciplinary action relating to a lawyer. The discipline information accessed is a summary and not the official decision in the case. For more complete information, call 206-727-8207 and press 7.**

Terms Of Use | Privacy Statement

COMPLAINT EXHIBIT 4



discover OUR PROVEN EXPERIENCE



# discover
# our proven experience

## Atlantic Credit & Finance has followed a very simple formula of listening to the customer.

According to *Inc.* magazine, brothers Richard and Kelly Woolwine have built Atlantic Credit & Finance, Inc. into one of America's fastest-growing private companies.

Headquartered in Roanoke, Virginia, Atlantic Credit & Finance is a leading purchaser, seller and manager of unsecured, consumer-distressed assets—managing in excess of $8.0 billion.

The company's rapid growth—since its inception in 1996—stems primarily from the commitment of each Atlantic employee, starting with Richard and Kelly, to its many external audiences, including debt sellers, debt buyers *and* individual consumers.

Atlantic Credit & Finance focuses not only on helping debt sellers realize the benefits of selling their asset portfolios, but also working with debt buyers interested in purchasing profitable portfolios *and* with consumers on customizing ways to repay their debt and gain the opportunity to move on with their lives.

A privately held business with offices in Roanoke and Richmond, Virginia, and Phoenix, Arizona, Atlantic Credit & Finance has completed more than 400 transactions and manages nearly one million consumer accounts. The company follows a very simple formula for success: listening to the consumer.

For debt sellers, that means quickly evaluating the value of each asset portfolio (many times within 24 hours) and then having the experience and reliable sources of funding to ensure the deal is closed. Atlantic Credit & Finance has purchased all types of unsecured, consumer-distressed assets, and has used its due diligence expertise to help ensure credit issuers receive fair value for their defaulted debt.

For debt buyers looking to purchase a profitable portfolio, that means providing post-sale support and contract stipulations which surpass industry standards. It means making sure accounts have been scrubbed for bankruptcy, deceased and/or fraud, and that portfolios have a clean chain of title and have a limited number of resales, all from reputable sellers.

For individual consumers, Atlantic Credit & Finance is committed to treating each person with integrity and honesty as they work to understand the consumer's problem and find a workable solution. This approach also preserves the relationship between the consumer and the credit originator as well.

Deciding whether to sell or purchase a consumer-distressed portfolio may be difficult. However, selecting which company to purchase and manage that portfolio isn't. When performance matters, turn to Atlantic Credit & Finance.

2

35



# **Atlantic™**
## CREDIT & FINANCE INCORPORATED

### COMPANY PROFILE

## History as a Buyer of Consumer Debt

**SINCE 1996, ATLANTIC CREDIT & FINANCE HAS BUILT A STRONG REPUTATION AS A LEADER IN WORKING CLOSELY WITH BANKS AND CREDIT ISSUERS TO EVALUATE, PURCHASE AND SERVICE A VARIETY OF UNSECURED, CONSUMER-DISTRESSED ASSETS, INCLUDING:**

- Credit card receivables
- Automotive deficiencies
- Retail credit card receivables
- Utilities receivables
- Telecommunications receivables

The company evaluates all portfolio delinquency levels, including fresh charge-off, primary, secondary and tertiary accounts.

Atlantic Credit & Finance's overall strategy focuses on employing its years of experience and expertise to swiftly assess asset valuations and engage reliable sources of funding, thereby helping credit originators meet their needs of cost effectively moving consumer-distressed assets off their balance sheet.

### Our Approach to Working with Consumers

Unlike collection agencies, Atlantic Credit & Finance owns the asset portfolios and is therefore willing to work with individual consumers to develop solutions and clear up their debt. The company regularly reviews a series of payment options and, in certain circumstances, outlines alternative sources of financing to resolve the outstanding debt.

### A Track Record of Success

Atlantic Credit & Finance has established itself as one of America's leading purchasers of consumer-distressed assets. In fact, the company has earned top honors for three consecutive years in the prestigious Inc. 500 as one of America's fastest-growing, privately held companies.

**About**
**Atlantic Credit & Finance**

**YEAR ESTABLISHED:**
1996

**NUMBER OF**
**PORTFOLIO TRANSACTIONS:**
more than 400

**FACE VALUE OF**
**CONSUMER-DISTRESSED ASSETS:**
more than $8.0 billion

**NUMBER OF CONSUMER**
**ACCOUNTS SERVICED IN-HOUSE:**
more than 1 million

**OFFICE LOCATIONS:**
Roanoke, VA (corporate headquarters)
Richmond, VA
Phoenix, AZ

---

**CONTACT INFORMATION**

**Todd Kaus**
Vice President, Acquisitions and Sales

(800) 888-9419

WWW.ATLANTICCREDITFINANCE.COM

39





# discover
# your hidden assets

For instance, Atlantic Credit & Finance's unique portfolio valuation and due diligence skills and scoring techniques allow it to not only quickly evaluate each asset portfolio (many times within 24 hours), but also help uncover its hidden value. Our approach to portfolio valuation ensures that debt sellers receive the true intrinsic value for their portfolio.

# discover
# reliable funding

Debt sellers also can be assured that Atlantic Credit & Finance has access to reliable sources of funding, thereby having the capability to quickly complete asset portfolio purchases.

In short, Atlantic Credit & Finance offers significant benefits to its customers and, in effect, fosters long-term relationships with the industry's leading sellers of consumer-distressed asset portfolios.

4

In short, Atlantic Credit & Finance offers significant benefits to its customers and, in effect, fosters long-term relationships with the industry's leading sellers of consumer-distressed asset portfolios.

5

41

# discover
## profitable portfolios for purchase

Atlantic Credit & Finance also has a track record of success in selling consumer-distressed portfolios to debt buyers looking to purchase profitable portfolios. Since forming in 1996, Atlantic Credit & Finance has completed the sale of more than 400 portfolios with a face value of nearly $2.5 billion.

**OUR STRENGTHS:**

- Portfolios that are ready for sale (i.e., accounts have been scrubbed for bankruptcy, deceased and/or fraud)

- Portfolios have a clean chain of title and, in most cases, are direct from the issuer (or have a limited number of resales, all from reputable sellers)

- Post-sale support and contract stipulations which surpass industry standards

**YOUR RESULT:** a premium consumer purchase file with unparalleled back-end support.

42

discover

# an unparalleled commitment to customer service

## "Atlantic Credit & Finance is in business to help individual customers find ways to overcome their financial distress."

One of Atlantic Credit & Finance's core strengths is its philosophical approach to working with customers on tailoring programs for repaying their debt and thereby helping ensure they have the opportunity to get back on solid financial ground.

For individual customers, Atlantic Credit & Finance is committed to treating each person with integrity and honesty as they work to understand the consumer's problem and find a workable solution.

The company's intensive customer service representative and supervisor training programs meet and exceed all Fair Debt Collection Practices Act (FDCPA) compliance regulations. This approach also helps preserve the relationship between the customer and the credit originator as well.

Unlike collection agencies, Atlantic Credit & Finance owns the asset portfolios and is therefore willing to work with individual customers to develop solutions and clear up their debt. The company regularly reviews a series of payment options and, in certain circumstances, outlines alternative sources of financing to resolve the outstanding debt.

One of the company's primary goals is a simple one: help individual customers find ways to overcome their financial distress.

43

# discover ATLANTIC CREDIT & FINANCE

Atlantic Credit & Finance offers swift portfolio valuation
and reliable funding in order to bring value to debt sellers
and purchasers, while doing everything possible to help
individual consumers get back on solid financial ground.

# www.atlanticcreditfinance.com



**Atlantic**™
CREDIT & FINANCE INCORPORATED
**WHEN PERFORMANCE MATTERS**™

For Additional Information,
Contact Us:
Atlantic Credit & Finance, Inc.
2727 Franklin Road SW
Roanoke, VA 24014
(540) 772-7800
(540) 772-7895 FAX
info@atlanticcreditfinance.com

44

discover
# accelerated cash flow



Atlantic Credit & Finance's overall strategy focuses on employing its years of experience and expertise to swiftly assess asset valuations and engage reliable sources of funding.

Atlantic Credit & Finance, Inc. is a leading purchaser and manager of consumer-distressed asset portfolios—managing in excess of $8.0 billion. Atlantic evaluates and purchases a diverse pool of asset types from consumer credit originators, including:

· Credit card receivables

· Retail credit card receivables

· Automotive deficiencies

· Telecommunications receivables

· Utilities receivables

The company evaluates all portfolio delinquency levels, including fresh charge-off, primary, secondary and tertiary accounts.

Atlantic Credit & Finance's overall strategy focuses on employing its years of experience and expertise to swiftly assess asset valuations and engage reliable sources of funding, thereby helping credit originators meet their needs of cost effectively moving consumer-distressed assets off their balance sheet. The company also considers strategic alignment opportunities that offer "win-win" scenarios with respect to the sale of asset portfolios on a state, regional or national basis.

Since forming in 1996, Atlantic Credit & Finance has completed more than 400 transactions and manages nearly one million consumer accounts with a total value of more than $8.0 billion. Atlantic Credit & Finance applies more than 10 years of asset valuation and acquisition experience to ensure credit issuers receive fair value for their defaulted debt.

Moreover, this depth of experience also uniquely positions Atlantic Credit & Finance to evaluate and fund a portfolio of any size, in terms of number of accounts and total asset value.

# Search
## BUSINESS & PROFESSIONAL LICENSES

**Search Results**

Take a quick Survey

New Search

**Your Search Criteria:**

**License Type:** Collection Agency
**Last Name:** gordon
**First Name:** daniel
**County:** All Counties

### No matches were found for your search.

Information Current as of 01/31/2011 3:05AM Pacific Time

New Search

Use of lists of individuals provided on this site for commercial purposes is prohibited under Chapter 42.56 of the Revised Code of Washington.

*This site is limited to searching for business and professional licenses issued by the Department of Licensing or through the Master License Service. See Other Licenses for information on licenses issued by other agencies.

Home | Privacy | Privacy | Conditions of Use | Conditions of Use | Other Licenses | Contact Us | Copyright © 2011 DOL

# Search

## BUSINESS & PROFESSIONAL LICENSES

**Search Results**

**Your Search Criteria:**

Take a quick Survey

New Search

**License Type:** Collection Agency
**Business Name:** Daniel N. Gordon P.C.
**County:** All Counties

### No matches were found for your search.

Information Current as of 01/31/2011 3:05AM Pacific Time

New Search

Use of lists of individuals provided on this site for commercial purposes is prohibited under Chapter 42.56 of the Revised Code of Washington.

*This site is limited to searching for business and professional licenses issued by the Department of Licensing or through the Master License Service. See Other Licenses for information on licenses issued by other agencies.

Home | Privacy | Privacy | Conditions of Use | Conditions of Use | Other Licenses | Contact Us | Copyright © 2011 DOL

47

# Search
### BUSINESS & PROFESSIONAL LICENSES



**Search Results**

Take a quick Survey

**Your Search Criteria:**

New Search

**License Type:** Collection Agency
**Last Name:** Aylworth
**First Name:** Matthew
**County:** All Counties

### No matches were found for your search.

Information Current as of 01/31/2011 3:05AM Pacific Time

New Search

Use of lists of individuals provided on this site for commercial purposes is prohibited under Chapter 42.56 of the Revised Code of Washington.

*This site is limited to searching for business and professional licenses issued by the Department of Licensing or through the Master License Service. See Other Licenses for information on licenses issued by other agencies.

Home | Privacy | Privacy | Conditions of Use | Conditions of Use | Other Licenses | Contact Us | Copyright © 2011 DOL



# Search
## BUSINESS & PROFESSIONAL LICENSES

**License Details**

**License Information:**

| | |
|---|---|
| **Entity Name:** | ATLANTIC CREDIT & FINANCE, INC. |
| **Firm Name:** | ATLANTIC CREDIT & FINANCE, INC. |
| **License Type:** | Washington State Business |
| **Entity Type:** | Profit Corporation |
| **UBI:** | 602119124   Business ID:001   Location ID: |
| **Status:** | To check the status of this company, go to Secretary of State. |

**Location Address:**

**Mailing Address:**

**Governing People:**
RICHARD WOOLWINE
KELLY WOOLWINE
CHRISTOPHER HANSON

Information Current as of 01/31/2011 4:35AM Pacific Time

New Search

Use of lists of individuals provided on this site for commercial purposes is prohibited under Chapter 42.56 of the Revised Code of Washington.

*This site is limited to searching for business and professional licenses issued by the Department of Licensing or through the Master License Service. See Other Licenses for information on licenses issued by other agencies.

Home | Privacy | Privacy | Conditions of Use | Conditions of Use | Other Licenses | Contact Us | Copyright © 2011 DOL

Contact Us | Connect:         Search OSOS Web Sites

# Corporations Division

| Home | Search | Apostilles | Domestic Partnerships | Awards Program | Public Notices |
|------|--------|------------|----------------------|---------------|----------------|

## Corporations Division - Registration Data Search

Neither the State of Washington nor any agency, officer, or employee of the State of Washington warrants the accuracy, reliability, or timeliness of any information in the Public Access System and shall not be liable for any losses caused by such reliance on the accuracy, reliability, or timeliness of such information. While every effort is made to ensure the accuracy of this information, portions may be incorrect or not current. Any person or entity who relies on information obtained from the System does so at his or her own risk.

ATLANTIC CREDIT & FINANCE, INC.

| | |
|---|---|
| UBI Number | 602119124 |
| Category | REG |
| Profit/Nonprofit | Profit |
| Active/Inactive | Active |
| State Of Incorporation | VA |
| WA Filing Date | 03/26/2001 |
| Expiration Date | 03/31/2011 |
| Inactive Date | |
| Registered Agent Information | |
| Agent Name | LEXIS DOCUMENT SERVICES INC |
| Address | 300 DESCHUTES WAY SW STE 304 |
| City | TUMWATER |
| State | WA |
| ZIP | 98501 |
| Special Address Information | |
| Address | |
| City | |
| State | |
| Zip | |

### Governing Persons

| Title | Name | Address |
|-------|------|---------|
| Secretary,Chairman ,Director | WOOLWINE , RICHARD | 2727 FRANKLIN RD SW ROANOKE , VA |
| President,Director | WOOLWINE , KELLY | 2727 FRANKLIN RD SW ROANOKE , VA |
| Vice President,Treasurer | HANSON , CHRISTOPHER | 2727 FRANKLIN RD SW ROANOKE , VA |

Purchase Documents for this Corporation »

« Return to Search List

Phone Numbers | Privacy Policy | Accessibility
Washington Secretary of State · Corporations Division
801 Capitol Way South
PO Box 40234, Olympia WA 98504-0234
(360) 725-0377

Translate our site into:

Select Language

Powered by Google™ Translate

Case 2:11-cv-05038-LRS    ECF No. 1    filed 02/23/11    PageID.52   Page 52 of 91

# Business Registry Business Name Search

New Search

## Business Entity Data

01-31-2011
10:32

| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Next Renewal Date | Renewal Due? |
|---|---|---|---|---|---|---|
| 173174-13 | DPC | INA | OREGON | 11-29-1983 | | |
| **Entity Name** | DANIEL N. GORDON, P.C. | | | | | |
| **Foreign Name** | | | | | | |

New Search

## Associated Names

| Type | PPB | PRINCIPAL PLACE OF BUSINESS | | |
|---|---|---|---|---|
| **Addr 1** | 488 E 11TH STE 301 | | | |
| **Addr 2** | | | | |
| **CSZ** | EUGENE | OR | 97401 | **Country** UNITED STATES OF AMERICA |

*Please click here for general information about registered agents and service of process.*

| Type | AGT | REGISTERED AGENT | | **Start Date** | | **Resign Date** |
|---|---|---|---|---|---|---|
| **Name** | DANIEL | | N | GORDON | | |
| **Addr 1** | 488 EAST 11TH AVENUE | | | | | |
| **Addr 2** | STE. 301 | | | | | |
| **CSZ** | EUGENE | OR | 97401 | **Country** UNITED STATES OF AMERICA | | |

| Type | PRE | PRESIDENT | | | **Resign Date** |
|---|---|---|---|---|---|
| **Name** | DANIEL | | N | GORDON | |
| **Addr 1** | 1710 CAMEO DRIVE | | | | |
| **Addr 2** | | | | | |
| **CSZ** | EUGENE | OR | 97405 | **Country** UNITED STATES OF AMERICA | |

| Type | SEC | SECRETARY | | | **Resign Date** |
|---|---|---|---|---|---|
| **Name** | SABINE | | V | GORDON | |
| **Addr 1** | 1710 CAMEO DRIVE | | | | |
| **Addr 2** | | | | | |
| **CSZ** | EUGENE | OR | 97405 | **Country** UNITED STATES OF AMERICA | |

New Search

## Name History

| Business Entity Name | Name Type | Name Status | Start Date | End Date |
|---|---|---|---|---|
| | | | | |

| DANIEL N. GORDON, P.C. | EN | CUR | 11-29-1983 | |
|---|---|---|---|---|

Please <u>read</u> before ordering <u>Copies</u>.

<u>New Search</u>                     Summary History

| Image Date | Action | Transaction Date | Effective Date | <u>Status</u> | Name/Agent Change | Dissolved By |
|---|---|---|---|---|---|---|
| 03-27-1987 | MERGER | 03-27-1987 | | FI | | |
| 11-03-1986 | AMENDED RENEWAL | 10-29-1986 | | FI | | |
| 11-13-1985 | AMENDED RENEWAL | 11-05-1985 | | FI | | |
| 10-12-1984 | STRAIGHT RENEWAL | 10-03-1984 | | FI | | |
| 10-12-1984 | NEW FILING | 11-29-1983 | | FI | | |
| 10-12-1984 | NEW FILING | 11-29-1983 | | FI | | |

© 2011  Oregon Secretary of State.  All Rights Reserved.

53

# Business Registry Business Name Search

## Business Entity Data

**New Search**

| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Next Renewal Date | Renewal Due? |
|---|---|---|---|---|---|---|
| 093335-84 | DPC | ACT | OREGON | 10-26-1987 | 10-26-2011 | |
| **Entity Name** | DANIEL N. GORDON, P.C. | | | | | |
| **Foreign Name** | | | | | | |

## Associated Names

**New Search**

| Type | PPB | PRINCIPAL PLACE OF BUSINESS | | | | |
|---|---|---|---|---|---|---|
| **Addr 1** | 4023 W FIRST AVE | | | | | |
| **Addr 2** | | | | | | |
| **CSZ** | EUGENE | OR | 97402 | **Country** | UNITED STATES OF AMERICA | |

*Please click here for general information about registered agents and service of process.*

| Type | AGT | REGISTERED AGENT | | **Start Date** | 10-26-1987 | **Resign Date** | |
|---|---|---|---|---|---|---|---|
| **Name** | DANIEL | | N | GORDON | | | |
| **Addr 1** | 4023 W FIRST AVE | | | | | | |
| **Addr 2** | PO BOX 22338 | | | | | | |
| **CSZ** | EUGENE | OR | 97402 | | **Country** | UNITED STATES OF AMERICA | |

| Type | MAL | MAILING ADDRESS | | | |
|---|---|---|---|---|---|
| **Addr 1** | PO BOX 22338 | | | | |
| **Addr 2** | | | | | |
| **CSZ** | EUGENE | OR | 97402 | **Country** | UNITED STATES OF AMERICA |

| Type | PRE | PRESIDENT | | | **Resign Date** | |
|---|---|---|---|---|---|---|
| **Name** | DANIEL | | N | GORDON | | |
| **Addr 1** | 2159 SALLY WAY | | | | | |
| **Addr 2** | | | | | | |
| **CSZ** | EUGENE | OR | 97401 | **Country** | UNITED STATES OF AMERICA | |

| Type | SEC | SECRETARY | | | **Resign Date** | |
|---|---|---|---|---|---|---|
| **Name** | DANIEL | | N | GORDON | | |
| **Addr 1** | 2159 SALLY WAY | | | | | |
| **Addr 2** | | | | | | |
| **CSZ** | EUGENE | OR | 97401 | **Country** | UNITED STATES OF AMERICA | |

54

<u>New Search</u>

# Name History

| Business Entity Name | <u>Name Type</u> | <u>Name Status</u> | Start Date | End Date |
|---|---|---|---|---|
| DANIEL N. GORDON, P.C. | EN | CUR | 10-26-1987 | |

## Please <u>read</u> before ordering <u>Copies</u>.

<u>New Search</u>

## Summary History

| Image Date | Action | Transaction Date | Effective Date | <u>Status</u> | Name/Agent Change | Dissolved By |
|---|---|---|---|---|---|---|
| 09-21-2010 | ANNUAL REPORT PAYMENT | 09-21-2010 | | SYS | | |
| 09-17-2009 | ANNUAL REPORT PAYMENT | 09-17-2009 | | SYS | | |
| 11-10-2008 | CHANGE OF REGISTERED AGENT/ADDRESS | 11-10-2008 | | FI | | |
| 11-10-2008 | ANNUAL REPORT | 11-10-2008 | | FI | | |
| 10-31-2008 | NOTICE LATE ANNUAL | 10-31-2008 | | SYS | | |
| 09-20-2007 | ANNUAL REPORT PAYMENT | 09-20-2007 | | SYS | | |
| 06-26-2007 | AMENDMENT TO ANNUAL REPORT | 06-26-2007 | | FI | | |
| 10-02-2006 | ANNUAL REPORT PAYMENT | 10-02-2006 | | SYS | | |
| 10-20-2005 | ANNUAL REPORT PAYMENT | 10-20-2005 | | SYS | | |
| 09-27-2004 | ANNUAL REPORT PAYMENT | 09-27-2004 | | SYS | | |
| 08-26-2004 | AMENDMENT TO ANNUAL REPORT | 08-26-2004 | | FI | | |
| 09-19-2003 | ANNUAL REPORT PAYMENT | 09-19-2003 | | SYS | | |
| 10-24-2002 | ANNUAL REPORT PAYMENT | 10-24-2002 | | SYS | | |
| 09-18-2002 | CHANGE OF REGISTERED AGENT/ADDRESS | 09-18-2002 | | FI | | |
| 09-18-2002 | AMENDMENT TO ANNUAL REPORT | 09-18-2002 | | FI | | |
| 08-05-2002 | ARTICLES OF AMENDMENT | 08-02-2002 | | FI | | |

| 11-05-2001 | ANNUAL REPORT PAYMENT | 11-05-2001 | | SYS | | |
| 10-02-2000 | STRAIGHT RENEWAL | 10-02-2000 | | FI | | |
| 10-20-1999 | AMENDED RENEWAL | 10-20-1999 | | FI | | |
| 09-30-1998 | STRAIGHT RENEWAL | 09-23-1998 | | FI | | |
| 09-25-1997 | STRAIGHT RENEWAL | 09-17-1997 | | FI | | |
| 10-18-1996 | STRAIGHT RENEWAL | 10-09-1996 | | FI | | |
| 10-05-1995 | STRAIGHT RENEWAL | 10-05-1995 | | FI | | |
| 09-20-1994 | STRAIGHT RENEWAL | 09-15-1994 | | FI | | |
| 10-16-1993 | STRAIGHT RENEWAL | 10-07-1993 | | FI | | |
| 09-18-1992 | STRAIGHT RENEWAL | 09-16-1992 | | FI | | |
| 09-18-1991 | STRAIGHT RENEWAL | 09-17-1991 | | FI | | |
| 09-26-1990 | STRAIGHT RENEWAL | 09-24-1990 | | FI | | |
| 09-27-1989 | STRAIGHT RENEWAL | 09-20-1989 | | FI | | |
| 10-05-1988 | AMENDED RENEWAL | 10-04-1988 | | FI | | |
| 10-26-1987 | NEW FILING | 10-26-1987 | | FI | | |

© 2011 Oregon Secretary of State. All Rights Reserved.

     1/31/2011 10:33 AM

COMPLAINT EXHIBIT 5

**JOSIE DELVIN**
**BENTON COUNTY CLERK**

DEC 1 - 2009  ③

**FILED**

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR BENTON COUNTY

| | |
|---|---|
| Atlantic Credit & Finance Inc. | No.: 06-2-02846-2 |
| Plaintiff, | |
| vs. | WRIT OF GARNISHMENT |
| DARVIN E GRIGG and JANE DOE GRIGG, husband and wife, and their marital community composed thereof, | [Clerk's Action Required] |
| Defendants, | |
| GESA CREDIT UNION | |
| Garnishee. | |

THE STATE OF WASHINGTON TO: GESA CREDIT UNION, Garnishee Defendant,
AND TO: DARVIN E GRIGG, Defendant(s).

The above-named Plaintiff has applied for a Writ of Garnishment against you,
claiming that the above-named Defendant is indebted to Plaintiff and that the amount to be
held to satisfy that indebtedness is $5891.64, consisting of:

| | |
|---|---|
| Balance on Judgment or Amount of Claim: | $4,623.73 |
| Unpaid Interest through November 19, 2009 : | $930.88 |
| Taxable Costs and Attorney's Fees: | $0.00 |
| Estimated Garnishment Costs | |
| Writ Fee | $20.00 |
| Service & Affidavit Fees | $10.00 |
| Answer Fee | $20.00 |
| Postage & Costs of Certified Mail | $7.03 |
| Garnishment Attorney Fee | $250.00 |
| Ex Parte Fee | $30.00 |
| Other | $0.00 |
| Total Estimated Garnishment Costs: | $337.03 |

WRIT OF GARNISHMENT

ORIGINAL

BISHOP, WHITE & MARSHALL, P.S.
720 OLIVE WAY, SUITE 1301
SEATTLE, WASHINGTON, 98101

CERTIFIED COPY

58

YOU ARE HEREBY COMMANDED, unless otherwise directed by the Court, by the attorney of record for the Plaintiff, or by this Writ, not to pay any debt, whether wages subject to this Garnishment or any other debt, owed to the Defendant at the time this Writ was served and not to deliver, sell, or transfer, or recognize any sale or transfer of, any personal property or effects of the Defendant in your possession or control at the time when this Writ was served. Any such payment, delivery, sale, or transfer is void to the extent necessary to satisfy the Plaintiff's claim and costs for this Writ with interest.

YOU ARE FURTHER COMMANDED to answer this Writ by filling in the attached form according to the instructions in this Writ and in the answer forms and, within twenty days after the service of the Writ upon you, to mail or deliver the original of such answer to the Court, one copy to the Plaintiff or the Plaintiff's attorney, and one copy to the Defendant, in the envelopes provided.

If, at the time this Writ was served, you owed the Defendant any wages, salary, commission, bonus, or other compensation for personal services or any periodic payments pursuant to a non-governmental retirement program, the Defendant is entitled to receive amounts that are exempt from garnishment under federal and state law. You must pay the exempt amounts to the Defendant on the day you would customarily pay the compensation or other periodic payment. As more fully explained in the Answer, the basic exempt amount is the greater of seventy-five percent of disposable earnings or a minimum amount determined by reference to the employee's pay period, to be calculated as provided in the answer. However, if this Writ carries a statement in the heading that "This Garnishment is based on a Judgment or Court Order for Child Support," the basic exempt amount is forty percent of disposable earnings.

If you owe the Defendant a debt payable in money in excess of the amount set forth in the first paragraph of this Writ, hold only the amount set forth in the first paragraph and release all additional funds or property to Defendant.

**IF YOU FAIL TO ANSWER THIS WRIT AS COMMANDED A JUDGMENT MAY BE ENTERED AGAINST YOU FOR THE FULL AMOUNT OF THE PLAINTIFF'S CLAIM AGAINST THE DEFENDANT WITH ACCRUING INTEREST, ATTORNEY FEES, AND COSTS WHETHER OR NOT YOU OWE ANYTHING TO THE DEFENDANT. IF YOU PROPERLY ANSWER THIS WRIT, ANY JUDGMENT AGAINST YOU WILL NOT EXCEED THE AMOUNT OF ANY NONEXEMPT DEBT OR THE VALUE OF ANY NONEXEMPT PROPERTY OR EFFECTS IN YOUR POSSESSION OR CONTROL.**

**JUDGMENT MAY ALSO BE ENTERED AGAINST THE DEFENDANT FOR COSTS AND FEES INCURRED BY THE PLAINTIFF.**

WRIT OF GARNISHMENT

- 2 -

BISHOP, WHITE & MARSHALL, P.S.
720 OLIVE WAY, SUITE 1301
SEATTLE, WASHINGTON, 98101

CERTIFIED COPY

1    Witness, the Honorable **CARRIE L. RUNGE**, Judge of the above-entitled Court,
2    and the seal thereof, this _____ day of November, 2009.
                                        *December*
3                                                    {SEAL}

4                                        **JOSIE DELVIN**
5    [ ] Krista L. White  WSBA 8612       Clerk of the Court
     [ ] Laurie K. Friedl WSBA 35598
6    [ ] Daniel L. Hembree WSBA 37109
     [ ] Jeffrey S. Mackie WSBA 35829
7
     Attorneys for Plaintiff
8    BISHOP, WHITE & MARSHALL, P.S.
     720 OLIVE WAY, SUITE 1301
9    SEATTLE, WASHINGTON, 98101
     206-622-5306                        By _____
10                                       Deputy  Address:
11                                       BENTON County Courthouse
                                         7122 W. Okanogan Place Bldg A
12   A0806042                            Kennewick, WA  99336
     GARNISHB
13

14

15

16

17

18

19

20

21

22

23

24

25   WRIT OF GARNISHMENT                     BISHOP, WHITE & MARSHALL, P.S.
                                             720 OLIVE WAY, SUITE 1301
                      - 3 -                  SEATTLE, WASHINGTON, 98101

                                         CERTIFIED COPY

60

COMPLAINT EXHIBIT 6

FILED

BENTON COUNTY CLERK
JOSIE DELVIN
BENTON COUNTY CLERK
KENNEWICK WA

06-2-02846-2

Rcpt. Date    Acct. Date    Time
09/10/2010    09/10/2010    08:07 AM

Receipt/Item #    Tran-Code    Docket-Code
2010-01-09186/01    1110    $FFRAF    $20.00
Cashier: EMO

Paid By: daniel gordon, atty
Transaction Amount:

JOSIE DELVIN
BENTON COUNTY CLERK

AUG 10 2010

FILED

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF BENTON

ATLANTIC CREDIT & FINANCE INC.,
Assignee from Household Bank,

                                    Plaintiff,

vs.

DARVIN E GRIGG and JANE DOE GRIGG,
husband and wife, and their marital
community composed thereof,

                                    Defendants,

vs.

HAPO COMMUNITY CREDIT UNION,

                                    Garnishee.

Case No. 06-2-02846-2

APPLICATION FOR WRIT OF
GARNISHMENT
(Clerk's Action Required)

THE UNDERSIGNED STATES:

Submitted herewith is the fee provided by RCW 36.18.020(10) or RCW 6.27.060, payable to the Clerk of the above-entitled Court.

As attorney for the above named Atlantic Credit & Finance Inc., hereinafter referred to as Judgment Creditor, I am making this application for a Writ of Garnishment on the Judgment Creditor's behalf.

//

//

//

Application for Writ of Garnishment Page 1
Case No.06-2-02846-2

Daniel N. Gordon, P.C.
Attorneys at Law
P.O. Box 22338
Eugene, OR 97402
(541) 342-2276

ORIGINAL    CERTIFIED COPY

The facts are stated as follows:

1.    Judgment Creditor has a judgment wholly or partially unsatisfied, against Darvin E Grigg, hereinafter referred to as Judgment Debtor, in the Court from which the Writ is being sought.  The judgment was entered by the above entitled Court on November 30, 2006 Judgment Debtor has:

[ x ] made no payment whatsoever:

[  ] made partial payments as follows:

2.    The amount alleged to be due and still owing under the judgment, including interest and other statutory costs, is $8,220.36; estimated cost of garnishment includes Certified Mail: $10.20; Filing fee $20.00; and answer fee: $20.00 for a total garnishable amount of $8,270.36.

3.    Judgment Creditor has reason to believe, and does believe, that the above entitled garnishee, Hapo Community Credit Union, whose business location is 631 Gage Blvd, Richland WA 99352 is

[    ] indebted to the Judgment Debtor in amounts exceeding those exempted from garnishment by any state or federal law; or

[ x ] the Garnishee has possession or control of personal property or control of personal property or effects belonging to the Judgment Debtor which are not exempted from garnishment by any state or federal law.

4.    The above named Garnishee is believed

[ ] to be the employer of the Judgment Debtor;

[ X ] not to be the employer of the Judgment Debtor.

Application for Writ of Garnishment Page 2
Case No.06-2-02846-2

Daniel N. Gordon, P.C.
Attorneys at Law
P.O. Box 22338
Eugene, OR 97402
(541) 342-2276

CERTIFIED COPY

1        THE UNDERSIGNED CERTIFIES (or declares) under penalty of perjury under

2   the laws of the State of Washington that the foregoing is true and correct.

3

4        DATED this _*30*_ day July, 2010.

5

6                                  DANIEL N. GORDON, P.C.

7

8

9
                                   _____
10                                 Matthew R. Aylworth, WSB #37892
                                   PO Box 22338
11                                 Eugene, OR 97402
                                   (541) 342-2276
12                                 of Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Application for Writ of Garnishment Page 3
Case No. 06-2-02846-2

**CERTIFIED COPY**

Daniel N. Gordon, P.C.
Attorneys at Law
P.O. Box 22338
Eugene, OR 97402
(541) 342-2276

64

1

JOSIE DELVIN
BENTON COUNTY CLERK

AUG 10 2010

FILED

2

3

4

5

6

7    IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
8    IN AND FOR THE COUNTY OF BENTON

9    ATLANTIC CREDIT & FINANCE INC.,
     Assignee from Household Bank,
10                                  Plaintiff,

11   vs.                                          Case No. 06-2-02846-2

12   DARVIN E GRIGG and JANE DOE
     GRIGG, husband and wife, and their
13   marital community composed thereof,          WRIT OF GARNISHMENT
                                    Defendants,
14
15   vs.

16   HAPO COMMUNITY CREDIT UNION,

17

18                                  Garnishee.

19

20   THE STATE OF WASHINGTON, TO: Hapo Community Credit Union, Garnishee; and
21   to, Darvin E Grigg hereinafter referred to as Judgment Debtor.

22
     Judgment Debtor:    Darvin E Grigg
23                       531 S 38th P248
                         West Richland WA 99353
24

25   Judgment Debtor's Employment: ///

26

27

28   Writ of Garnishment 1
     06-2-02846-2

                                         DANIEL N. GORDON, P.C.
                                            Attorneys at Law
                                             PO Box 22338
                                           Eugene, OR 97402
                                            (541) 342-2276

CERTIFIED COPY ORIGINAL

Judgment Debtor's Account No:

The above-named Plaintiff has applied for a Writ of Garnishment against you, claiming that the above named Judgment Debtor is indebted to Plaintiff and that the amount to be held to satisfy that indebtedness is $8,270.36, consisting of:

| | |
|---|---|
| Balance on Judgment or Amount of Claim | $5,708.80 |
| Post-judgment Interest from 11/30/06 to 07/30/10 | $2,511.36 |
| Attorney Fees and Costs | $50.20 |
| Estimated Garnishment Cost: | |
| Other: Obtaining Lien | $ |
| Service fees | $0.00 |
| Certified Mail | $10.20 |
| Answer fee | $20.00 |
| Filing fee | $20.00 |

YOU ARE HEREBY COMMANDED, unless otherwise directed by the court, by the attorney of record for the plaintiff, or by this writ, not to pay any debt, other than earnings, owed to the defendant at the time this writ was served and not to deliver, sell, or transfer, or recognize any sale or transfer of, any personal property or effects of the defendant in your possession or control at the time when this writ was served.  Any such payment, delivery, sale, or transfer is void to the extent necessary to satisfy the plaintiff's claim and costs for this writ with interest.

YOU ARE FURTHER COMMANDED to answer this writ by filling in the attached form according to the instructions in this writ and in the answer forms and, within twenty days after the service of the writ upon you, to mail or deliver the original of such answer to the court, one copy to the plaintiff or the plaintiff's attorney, and one copy to the defendant, in the envelopes provided.

If you owe the defendant a debt payable in money in excess of the amount set forth in the first paragraph of this writ, hold only the amount set forth in the first paragraph and any processing fee if one is charged and release all additional funds or property to defendant.

//

//

Writ of Garnishment 2
06-2-02846-2

DANIEL N. GORDON, P.C.
Attorneys at Law
PO Box 22338
Eugene, OR 97402
(541) 342-2276

CERTIFIED COPY

1  IF YOU FAIL TO ANSWER THIS WRIT AS COMMANDED, A JUDGMENT MAY BE
   ENTERED AGAINST YOU FOR THE FULL AMOUNT OF THE PLAINTIFF'S CLAIM
2  AGAINST THE DEFENDANT WITH ACCRUING INTEREST, ATTORNEY FEES, AND
   COSTS WHETHER OR NOT YOU OWE ANYTHING TO THE DEFENDANT.  IF YOU
3  PROPERLY ANSWER THIS WRIT, ANY JUDGMENT AGAINST YOU WILL NOT
   EXCEED THE AMOUNT OF ANY NONEXEMPT DEBT OR THE VALUE OF ANY
4  NONEXEMPT PROPERTY OR EFFECTS IN YOUR POSSESSION OR CONTROL.

5  JUDGMENT MAY ALSO BE ENTERED AGAINST THE DEFENDANT FOR COSTS
   AND FEES INCURRED BY THE PLAINTIFF.
6
7      Witness, the Honorable **CAMERON MITCHELL**, Judge of the above entitled

8  Court, and the seal thereof, this 10 day of August, 2010.
9
                                    **JOSIE DELVIN**
10 _____    Clerk of the Court
11
12                                  Address: 7122 W. Okanogan Pl.
13                                           Bldg. A
                                             Kennewick WA 99336-2341
14
15 Matthew R. Aylworth, WSB #37892
   of Attorneys for Judgment Creditor
16
                                    Deputy
17
18 Address:    Daniel N. Gordon, P.C.
               PO Box 22338
19             Eugene, OR 97402
20
21
22
23
24
25
26
27
28 Writ of Garnishment 3
   06-2-02846-2

                                    DANIEL N. GORDON, P.C.
                                         Attorneys at Law
                                           PO Box 22338
                                         Eugene, OR 97402
                                          (541) 342-2276

CERTIFIED COPY

2007-002391
Pg: 2 of 4
01/04/2007 04:05P
BISHOP, WHITE & MARS  JUDGMT        35.00  Benton County

JOSIE DELVIN
BENTON COUNTY CLERK

NOV 3 0 2006

FILED

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR BENTON COUNTY

Atlantic Credit & Finance Inc. Assignee from
Household Bank

                       Plaintiff,

             vs.

DARVIN E GRIGG and JANE DOE GRIGG,
husband and wife, and their marital community
composed thereof,

                      Defendants.

No. 06-2-02846-2

STIPULATED
JUDGMENT

[Clerk's Action Required]

JUDGMENT SUMMARY

Judgment Creditor:        Atlantic Credit & Finance Inc. Assignee from
                            Household Bank

Attorney for Judgment    Krista L. White, Patrick J. Layman
Creditor:              BISHOP, WHITE & MARSHALL, P.S.

Judgment Debtors:       DARVIN E GRIGG and his marital community

Principal Amount:       $5,223.80

Interest to Date of Judgment:   $.00
Taxable Costs:
    Filing Fee:         $200.00
    Service of Process:    $85.00

Reasonable Attorney's Fee:   $200.00

CERTIFIED COPY

BISHOP, WHITE & MARSHALL, P.S.
PO Box 2186
Seattle, Washington 98111-2186
720 Olive Way, Suite 1301
Seattle, Washington 98101
206/622-5306 Fax: 206/622-0354
877/259-1016

STIPULATED JUDGMENT - 1

ORIGINAL





2007-000391
Pg: 3 of 4
01/04/2007 04:06P
BISHOP, WHITE & MARS   JUDGMT   35.00 Benton County

TOTAL JUDGMENT          $5,708.80

    Post Judgment interest accrues at the rate of 12% per annum.

**WE ARE A DEBT COLLECTOR. THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

    Plaintiff and Defendant, DARVIN E GRIGG, stipulates and acknowledges acceptance of service of the Summons and Complaint and stipulates and agrees to entry of judgment against defendant in this matter.  The Court having found that this is an action on monies due and that the Defendant,  DARVIN E GRIGG, is not an infant nor incompetent person, now therefore, be it

    ORDERED,  ADJUDGED and DECREED that plaintiff have and is hereby granted judgment against defendant, DARVIN E GRIGG and his marital community, jointly and severally, in the principle amount of $5,223.80, plus court costs and disbursements totalling $285.00, and reasonable attorneys' fees of $200.00, for a total judgment of $5,708.80.  Postjudgment interest shall accrue on the judgment total at the rate of at 12% per annum.

    Plaintiff shall take no action to enforce its judgment as long as plaintiff receives the sum of $50.00 on or before November 10, 2006, and continuing on the 10th day of each consecutive month thereafter the sum of $50.00 until

**CERTIFIED COPY**

BISHOP, WHITE & MARSHALL, P.S.
PO Box 2186
Seattle, Washington 98111-2186
720 Olive Way, Suite 1301
Seattle, Washington 98101
206/622-5306 Fax: 206/622-0354
877/259-1016

STIPULATED JUDGMENT -2-

CERTIFIED COPY

69



2007-000391
Pg: 4 of 4
BISHOP, WHITE, & MARS   JUDGMT      35.09   01/04/2007 04:05P Benton County

1  all of the above sums are paid in full.

2  The payments shall be sent to:

3  BISHOP, WHITE & MARSHALL, P.S.
   Attn: Accounting
4  PO Box 2186
   Seattle, WA 98111-2186
5
   DATED this 30th day of November 2006.
6

7  _____
   Judge/Court Commissioner
8

9  Presented by:                    APPROVED AND AGREED TO:
   BISHOP, WHITE & MARSHALL, P.S.   NOTICE OF PRESENTATION
10                                  WAIVED

11

12  [✓] Patrick J. Layman WSB# 5707   DARVIN E GRIGG
    [ ] Krista L. White WSB# 8612
13     Attorney's for Plaintiff

14

15

16  PSPJ

17

18  I, JOSIE DELVIN, Benton County Clerk, do hereby certify that the fore-
19  going copy is a true and correct copy of the original on file in this of-
    fice.
    WITNESS MY HAND AND Seal of the said Superior Court affixed
20  on this ____ day of ____
21  _____ Josie Delvin, Ex-Officio Clerk of Superior Court
22  _____ Deputy
23
24
25  CERTIFIED COPY            BISHOP, WHITE & MARSHALL, P.S.
                              PO Box 2186
                              Seattle, Washington 98111-2186
26                            720 Olive Way, Suite 1301
                              Seattle, Washington 98101
    STIPULATED JUDGMENT -3-   206/622-5306 Fax: 206/622-0354
                              877/259-1016

CERTIFIED COPY

70

COMPLAINT EXHIBIT 7

71

1310 N. 5th Ave., Suite B
Pasco, WA 99301
Tel. (509) 547-2760
Fax (509) 547-1612
Toll Free 1-800-310-6076

www.nwjustice.org
César E. Torres
Executive Director

**Northwest Justice Project**

October 12, 2010

**COPY**

Matthew R. Aylesworth, Esq.
DANIEL P. GORDON, P.C.
P.O. Box 22338
Eugene OR 97402

By Mail and Facsimile (541) 343-8059

Re:   Atlantic Credit & Finance, Inc. v. Darvin E. Grigg
      Benton Co. Superior Court Case No. 06-2-02846-2

Dear Sir:

Please be advised I represent Mr. Grigg concerning the above-captioned action and the writ of garnishment filed against his HAPO Community Credit Union accounts on or about September 30, 2010.

Mr. Grigg's sole income since 2004 has been his monthly SSD benefits. The entirety of the sums within his HAPO accounts at the time of garnishment consisted of the exempt proceeds of those benefits. Enclosed please find service copies of Mr. Grigg's exemption claim and motion to quash the garnishment, with attachments.

I demand that you contact the garnishee defendant upon your receipt of this letter and immediately release the full amount of these exempt funds.

Sincerely,

Gary M. Smith
Attorney at Law

Encls.

cc: HAPO (509) 946-8787
    601 Williams Blvd.
    Richland WA 99354


THE ALLIANCE
for Equal Justice
MEMBER


LSC

72

Case 2:11-cv-05038-LRS    ECF No. 1    filed 02/23/11    PageID.73    Page 73 of 91

```
                        ********************
                        ***   TX REPORT   ***
                        ********************


      TRANSMISSION OK

      TX/RX NO               1445
      RECIPIENT ADDRESS
      DESTINATION ID
      ST. TIME               10/12 10:22
      TIME USE               02'46
      PAGES SENT              15
      RESULT                 OK
```

```
                        ***********************
                        ***   TX REPORT   ***
                        ***********************


        TRANSMISSION OK

        TX/RX NO              1446
        RECIPIENT ADDRESS
        DESTINATION ID
        ST. TIME             10/12 10:26
        TIME USE             02'18
        PAGES SENT           15
        RESULT               OK
```

74

FILED
BENTON COUNTY CLERK

2010 OCT 12 A 10: 32

JOSIE DELVIN

## IN THE SUPERIOR COURT OF WASHINGTON
## BENTON COUNTY

| | | |
|---|---|---|
| Atlantic Credit and Finance, Inc. | | NO. 06-2-02846-2 |
| | Plaintiff, | |
| vs. | | EXEMPTION CLAIM |
| Darvin E. Grigg | Defendant(s), | |
| HAPO Comm. Credit Union | Garnishee. | |

Darvin E. Grigg claims that he has had no income or earnings since 2004 save for benefits paid under the Social Security Disability program; that his benefit most recently has been $1218.00 per month; and that all funds in his HAPO account at the time of the plaintiff's writ of garnishment were the proceeds of his exempt SSD payments. No money other than the proceeds of Mr. Grigg's Social Security benefits were in the HAPO account at the time the writ was served or answered. Consequently, all the garnished funds are exempt.

_Oct 1 L 2010_
Date

Gary M. Smith WSBA # 42792
NORTHWEST JUSTICE PROJECT
1310 N. 5th Ave.
Pasco WA 99301
Tele:  (509) 547-2760
Fax:   (509) 547-1612
Attorney for Darvin E. Grigg

*EXEMPTION CLAIM (EXMPCL) - Page 1 of 2*
*WPF GARN 01.0500 (07/2003) - RCW 6.27.140*

75

## PROOF OF SERVICE

I certify that a copy of this exemption claim was served by first class mail, postage prepaid, on Matthew R. Aylworth, P.O. Box 22338, Eugene OR 97402, attorney for plaintiff, on October 12, 2010.

Gary M. Smith WSBA # 42792
Attorney for Darvin E. Grigg

*EXEMPTION CLAIM (EXMPCL) - Page 2 of 2*
*WPF GARN 01.0500 (07/2003) - RCW 6.27.140*

76

COMPLAINT EXHIBIT 8

JOSIE DELVIN
BENTON COUNTY CLERK

OCT 13 2010

FILED



# IN THE SUPERIOR COURT OF WASHINGTON
## BENTON COUNTY

Atlantic Credit and Finance, Inc.

                               Plaintiff,

vs.

Darvin E. Grigg           Defendant(s),

HAPO Comm. Credit Union    Garnishee.

**NO.** 06-2-02846-2

**DEFENDANT'S MOTION TO QUASH GARNISHMENT**

     Defendant Darvin E. Grigg  moves to quash the garnishment of his HAPO accounts for the reason all funds held for him by HAPO at the time of the plaintiff's writ of garnishment consisted of benefits paid him the Social Security Disability program, which are exempt from execution, attachment, or garnishment by law.

Oct 12 2010
Date

Gary M. Smith WSBA # 42792
NORTHWEST JUSTICE PROJECT
1310 N. 5th Ave.
Pasco WA 99301
Tele:  (509) 547-2760
Fax:    (509) 547-1612
Attorney for Darvin E. Grigg

*Motion to Quash*

NORTHWEST JUSTICE PROJECT
1310 N. 5th Ave.
Pasco WA 99301
Tele: (509) 547-2760
Fax: (509) 547-1612

78

## DECLARATION IN SUPPORT OF MOTION

I, Darvin E. Grigg, swear under penalty of perjury under the laws of Washington State that the

entirety of the money held for me by HAPO at the time my accounts were garnished were proceeds from

my monthly Social Security Disability benefits, as documented by my most recent SSA award letter and

HAPO's records for those accounts, attached. Social Security Disability has been my only source of

income since 2004.

10-12-10
Date

*Darvin E. Grigg*

Darvin E. Grigg

## PROOF OF SERVICE

I certify that a copy of this motion was served by first class mail, postage prepaid, on Matthew R.
Aylworth, P.O. Box 22338, Eugene OR 97402, attorney for plaintiff, on October 12, 2010.

Gary M. Smith WSBA # 42792
Attorney for Darvin E. Grigg

*Motion to Quash*

NORTHWEST JUSTICE PROJECT
1310 N. 5th Ave.
Pasco WA 99301
Tele: (509) 547-2760
Fax: (509) 547-1612

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Important Information

Western Program Service Center
P.O. Box 2000
Richmond, California 94802-1791
Date: September 16, 2010
Claim Number: ~~XXXXX~~24HA

000064336 01 AB  0.360  T248 T2R M04,0909,PC5,N,RI,
DARVIN E GRIGG
APT P248
531 S 38TH AVE
W RICHLAND WA 99353-5172

Based on the information we have you are due a refund for Medicare prescription drug plan costs.

**What We Will Pay And When**

- You will receive $40.10 around September 24, 2010.

- This is the money you are due through August 2010.

This payment includes a refund of your Medicare prescription drug plan costs.

- You will receive $1,218.00 for September 2010 around October 1, 2010.

- After that you will receive $1,218.00 on or about the third of each month.

**If You Have Any Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-509-783-8777. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
SUITE A
8131 W KLAMATH CT
KENNEWICK, WA 99336

C

See Next Page





# HAPO
## COMMUNITY CREDIT UNION

601 Williams Blvd., Richland, WA 99354
509.943.5676 • www.hapo.org

**Phone Inquiries To 509-943-5676**

DARVIN E GRIGG
PO BOX 4252
WEST RICHLAND, WA  99353

| Statement Period | Member # |
|---|---|
| January 28 - January 31, 2010 |  |



## Statement Summary

**DEPOSIT ACCOUNTS**                                            TOTAL BALANCE          $5.00

| Account Type | Previous Balance | Deposits | Withdrawals | Ending Balance |
|---|---|---|---|---|
| Savings (Suffix #0) | 0.00 | 5.00 | 0.00 | 5.00 |

**CHECKING ACCOUNTS**                                          TOTAL BALANCE          $20.00

| Account Type | Previous Balance | Deposits | Withdrawals | Ending Balance |
|---|---|---|---|---|
| Classic Checking (Suffix #9) | 0.00 | 20.00 | 0.00 | 20.00 |

## Savings (Suffix #0)

PREVIOUS BALANCE:          $0.00

| Tran Date | Post Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| | 01-28 | Deposit | | 5.00 | 5.00 |

ENDING BALANCE:          $5.00

Dividends Paid In 2010                                               0.00

## Classic Checking (Suffix #9)

PREVIOUS BALANCE:          $0.00

| Tran Date | Post Date | Description | Withdrawals | Deposits |
|---|---|---|---|---|
| | 01-28 | Deposit-CASH | | 20.00 |

ENDING BALANCE:          $20.00

| | |
|---|---|
| Checks Cleared | 0 |
| Total Number of Credits | 0 |
| Total Number of Debits | 0 |
| Dividends Paid In 2010 | 0.00 |

## YTD Tax Summary

| | |
|---|---|
| Total Non-IRA Dividends | 0.00 |
| Total Non-IRA Dividends Last Year | 0.00 |
| Total 1099 OID Dividends | 0.00 |

S1



601 Williams Blvd., Richland, WA 99354
509.943.5676 • www.hapo.org

**Phone Inquiries To 509-943-5676**

DARVIN E GRIGG
PO BOX 4252
WEST RICHLAND, WA  99353





| Statement Period |
|---|
| February 01 - February 28, 2010 |

| Member # |
|---|

**IMPORTANT NOTICE -** Effective February 26, 2010, the Federal Reserve will route all paper check processing through one location. As a result, the longest standard delay under Regulation CC is the 2-day availability period that is currently allowed for local checks. This change eliminates the non-local check hold. Exception holds still apply.  Funds Availability Policy is available upon request.

## Statement Summary

### DEPOSIT ACCOUNTS
TOTAL BALANCE: $5.00

| Account Type | Previous Balance | Deposits | Withdrawals | Ending Balance |
|---|---|---|---|---|
| Savings (Suffix #0) | 5.00 | 0.00 | 0.00 | 5.00 |

### CHECKING ACCOUNTS
TOTAL BALANCE: $0.10

| Account Type | Previous Balance | Deposits | Withdrawals | Ending Balance |
|---|---|---|---|---|
| Classic Checking (Suffix #9) | 20.00 | 1,987.20 | 2,007.10 | 0.10 |

## Savings (Suffix #0)

| | |
|---|---|
| PREVIOUS BALANCE: | $5.00 |
| ENDING BALANCE: | $5.00 |
| Dividends Paid in 2010 | 0.00 |

## Classic Checking (Suffix #9)

PREVIOUS BALANCE: $20.00

| Tran Date | Post Date | Description | Withdrawals | Deposits |
|---|---|---|---|---|
| | 02-03 | Withdrawal - HARLAND CLARKE (CHK ORDERS) | -17.60 | |
| | 02-04 | Deposit - US TREASURY 312 (SOC SEC) | | 1,287.20 |
| | 02-04 | Withdrawal-CASH | -1,000.00 | |
| | 02-04 | Deposit-CASH | | 700.00 |
| | 02-04 | Withdrawal-SHCK | -700.00 | |
| | 02-08 | Withdrawal - HAPO COMMUNITY 601 WILLIAMS BLVD RICHLAND WA US | -260.00 | |
| | 02-12 | Withdrawal - LEE'S MARK 5730 VAN GIESEN WEST RICHLAND WA US | -21.50 | |
| 02-13 | 02-16 | Withdrawal - LEE'S MARKET WEST RICHLAND WA US | -6.81 | |
| 02-15 | 02-16 | Withdrawal - EXXONMOBIL 46925 RICHLAND WA US | -1.19 | |

ENDING BALANCE: $0.10

| | |
|---|---|
| Checks Cleared | 0 |
| Total Number of Credits | 2 |
| Total Number of Debits | 7 |
| Dividends Paid in 2010 | 0.00 |

## YTD Tax Summary

| Total Non-IRA Dividends | 0.00 |
|---|---|



**COMMUNITY CREDIT UNION**

601 Williams Blvd., Richland, WA 99354
509.943.5676 • www.hapo.org

**Phone Inquiries To 509-943-5676**

DARVIN E GRIGG
PO BOX 4252
WEST RICHLAND, WA 99353

| Statement Period | Member # |
|---|---|
| March 01 - March 31, 2010 | |



**LOWER YOUR RATE** with a **VISA Balance Transfer**
Transfer from another credit card today!

Visit www.hapo.org to get started!

## Statement Summary

**DEPOSIT ACCOUNTS**                                         TOTAL BALANCE:        $5.00

| Account Type | Previous Balance | Deposits | Withdrawals | Ending Balance |
|---|---|---|---|---|
| Savings (Suffix #0) | 5.00 | 0.00 | 0.00 | 5.00 |

**CHECKING ACCOUNTS**                                        TOTAL BALANCE:        $0.59

| Account Type | Previous Balance | Deposits | Withdrawals | Ending Balance |
|---|---|---|---|---|
| Classic Checking (Suffix #9) | 0.10 | 1,218.00 | 1,217.51 | 0.59 |

VISA Network and Non-VISA Network Transactions.  Some merchants may permit you to initiate debit and bill payment transactions with your Card using either a VISA network or a non-VISA network.  Merchants supporting these multiple options must provide you with a clear opportunity to choose the VISA network to process your transactions.  The distinction between knowing you are using a VISA network or a non-VISA network is important because VISA transactions typically include consumer benefits that may not be provided for non-VISA network transactions.  For example, cardholders may receive certain protections (e.g. zero liability, or streamlined dispute resolutions) or rewards when using the VISA network.

## Savings (Suffix #0)

| | |
|---|---|
| PREVIOUS BALANCE: | $5.00 |
| ENDING BALANCE: | $5.00 |
| Dividends Paid in 2010 | 0.00 |

## Classic Checking (Suffix #9)

| | | PREVIOUS BALANCE: | $0.10 |

| Tran Date | Post Date | Description | Withdrawals | Deposits |
|---|---|---|---|---|
| | 03-01 | Deposit - US TREASURY 312 (SOC SEC) | | 1,218.00 |
| | 03-03 | Withdrawal - SUN MART #15 3957 VAN GEISEN W RICHLAND WA US | -121.50 | |
| | 03-03 | Withdrawal-SHCK | -1,000.00 | |
| | 03-03 | Withdrawal-CASH | -96.01 | |

| | ENDING BALANCE: | $0.59 |

| Checks Cleared | 0 |
| Total Number of Credits | 1 |
| Total Number of Debits | 3 |
| Dividends Paid in 2010 | 0.00 |

## YTD Tax Summary

| Total Non-IRA Dividends | 0.00 |
|---|---|

53



**HAPO**
**COMMUNITY CREDIT UNION**

601 Williams Blvd., Richland, WA 99354
509.943.5676 · www.hapo.org

**Phone Inquiries To 509-943-5676**

**DARVIN E GRIGG**
PO BOX 4252
WEST RICHLAND, WA 99353

| Statement Period | Member # |
|---|---|
| April 01 - April 30, 2010 | |

## REGULATORY CHANGES COMING SOON

Important regulatory changes that will affect your checking overdraft options will take effect in the next few months. **We will contact you with more details.**

Visit www.hapo.org for more information

### Statement Summary

**DEPOSIT ACCOUNTS** — TOTAL BALANCE: $5.00

| Account Type | Previous Balance | Deposits | Withdrawals | Ending Balance |
|---|---|---|---|---|
| Savings (Suffix #0) | 5.00 | 0.00 | 0.00 | 5.00 |

**CHECKING ACCOUNTS** — TOTAL BALANCE: $1,377.59

| Account Type | Previous Balance | Deposits | Withdrawals | Ending Balance |
|---|---|---|---|---|
| Classic Checking (Suffix #9) | 0.59 | 2,436.00 | 1,059.00 | 1,377.59 |

### Savings (Suffix #0)

| | |
|---|---|
| PREVIOUS BALANCE: | $5.00 |
| ENDING BALANCE: | $5.00 |
| Dividends Paid in 2010 | 0.00 |

### Classic Checking (Suffix #9)

| | | PREVIOUS BALANCE: | $0.59 |
|---|---|---|---|

| Tran Date | Post Date | Description | Withdrawals | Deposits |
|---|---|---|---|---|
| | 04-01 | Deposit - US TREASURY 312 (SOC SEC) | | 1,218.00 |
| | 04-02 | Withdrawal - SUN MART #15 3957 VAN GEISEN W RICHLAND WA US | -101.50 | |
| | 04-02 | Withdrawal - KEYBANK NA 23 W KENNEWICK AVE KENNEWICK WA US | -203.00 | |
| | 04-02 | Withdrawal - YAKIMA FEDERAL S 3850 CLEARWATER KENNEWICK WA US | -102.00 | |
| | 04-03 | Withdrawal - 4033 W VAN GIESEN WEST RICHLAND WA US | -102.50 | |
| | 04-29 | Deposit - US TREASURY 312 (SOC SEC) | | 1,218.00 |

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 2001 | 04-09 | 550.00 | | | | | | |

\* Indicates a break in check number sequence

| | |
|---|---|
| ENDING BALANCE: | $1,377.59 |
| Checks Cleared | |
| Total Number of Credits | 2 |
| Total Number of Debits | 5 |
| Dividends Paid in 2010 | 0.00 |

### YTD Tax Summary

| Total Non-IRA Dividends | 0.00 |
|---|---|

**Page 1 of 1**



**HAPO COMMUNITY CREDIT UNION**

601 Williams Blvd., Richland, WA 99354
509.943.5676 · www.hapo.org

**Phone Inquiries To 509-943-5676**

DARVIN E GRIGG
PO BOX 4252
WEST RICHLAND, WA 99353

| Statement Period | Member # |
|---|---|
| May 01 - May 31, 2010 | |

We want to know what you think!

Take our **member survey** at www.hapo.org starting June 14

## Statement Summary

**DEPOSIT ACCOUNTS** — TOTAL BALANCE: $5.00

| Account Type | Previous Balance | Deposits | Withdrawals | Ending Balance |
|---|---|---|---|---|
| Savings (Suffix #0) | 5.00 | 0.00 | 0.00 | 5.00 |

**CHECKING ACCOUNTS** — TOTAL BALANCE: $1,377.59

| Account Type | Previous Balance | Deposits | Withdrawals | Ending Balance |
|---|---|---|---|---|
| Classic Checking (Suffix #9) | 1,377.59 | 0.00 | 0.00 | 1,377.59 |

## Savings (Suffix #0)

| | |
|---|---|
| PREVIOUS BALANCE: | $5.00 |
| ENDING BALANCE: | $5.00 |
| Dividends Paid in 2010 | .00 |

## Classic Checking (Suffix #9)

| | |
|---|---|
| PREVIOUS BALANCE: | $1,377.59 |
| ENDING BALANCE: | $1,377.59 |
| Dividends Paid in 2010 | .00 |

## YTD Tax Summary

| Total Non-IRA Dividends | 0.00 |
|---|---|

Page 1 of 1



# HAPO
### COMMUNITY CREDIT UNION

601 Williams Blvd., Richland, WA 99354
509.943.5676 • www.hapo.org

**Phone Inquiries To 509-943-5676**

**DARVIN E GRIGG**
PO BOX 4252
WEST RICHLAND, WA 99353

| Statement Period | Member # |
|---|---|
| June 01 - June 30, 2010 | |



LOWER YOUR RATE with a VISA Balance Transfer
Transfer from another credit card today!

NO FEE LOW RATE BALANCE TRANSFERS

Visit www.hapo.org to get started!

## Statement Summary

**DEPOSIT ACCOUNTS** — TOTAL BALANCE $5.00

| Account Type | Previous Balance | Deposits | Withdrawals | Ending Balance |
|---|---|---|---|---|
| Savings (Suffix #0) | 5.00 | 0.00 | 0.00 | 5.00 |

**CHECKING ACCOUNTS** — TOTAL BALANCE $1,377.59

| Account Type | Previous Balance | Deposits | Withdrawals | Ending Balance |
|---|---|---|---|---|
| Classic Checking (Suffix #9) | 1,377.59 | 0.00 | 0.00 | 1,377.59 |

Effective July 1 2010 all Regular, Classic and Teching accounts will be considered Free Checking as those programs are being discontinued.  Free Checking includes: free checks, free eTeller, free Bill Payer, free eStatements and free VISA Debit Card.  There is no minimum balance and no monthly fee.  Visit www.hapo.org for details.  ----- Unlawful Internet Gambling Notice: Effective June 1, 2010 restricted transactions as defined in Federal Reserve Regulation GG are prohibited from being processed through any account at the Credit Union.  Participation in any restricted transactions may lead to closure of your account.  If you have any questions regarding this matter, please contact HAPO's Compliance Department.

## Savings (Suffix #0)

| | |
|---|---|
| **PREVIOUS BALANCE:** | $5.00 |
| **ENDING BALANCE:** | $5.00 |
| Dividends Paid In 2010 | 0.00 |

## Classic Checking (Suffix #9)

| | |
|---|---|
| **PREVIOUS BALANCE:** | $1,377.59 |
| **ENDING BALANCE:** | $1,377.59 |
| Dividends Paid In 2010 | 0.00 |

## YTD Tax Summary

| | |
|---|---|
| Total Non-IRA Dividends | 0.00 |

56



**HAPO**
COMMUNITY CREDIT UNION

601 Williams Blvd., Richland, WA 99354
509.943.5676 • www.hapo.org

**Phone Inquiries To 509-943-5676**

DARVIN E GRIGG
PO BOX 4252
WEST RICHLAND, WA  99353

**Statement Period**
July 01 - July 31, 2010

**Member #**

## REGULATORY CHANGES
## DEADLINE
## APPROACHING!

Important regulatory changes that will affect your
checking overdraft options will take effect **AUGUST 15.**
Please contact us for details.

Visit www.hapo.org for more information

### Statement Summary

DEPOSIT ACCOUNTS                                     TOTAL BALANCE:        $5.00

| Account Type | | Previous Balance | Deposits | Withdrawals | Ending Balance |
|---|---|---|---|---|---|
| Savings (Suffix #0) | | 5.00 | 0.00 | 0.00 | 5.00 |

CHECKING ACCOUNTS                                    TOTAL BALANCE:        $577.59

| Account Type | | Previous Balance | Deposits | Withdrawals | Ending Balance |
|---|---|---|---|---|---|
| Checking (Suffix #9) | | 1,377.59 | 0.00 | 800.00 | 577.59 |

### Savings (Suffix #0)

| | |
|---|---|
| PREVIOUS BALANCE: | $5.00 |
| ENDING BALANCE: | $5.00 |
| Dividends Paid In 2010 | 0.00 |

### Checking (Suffix #9)

| | | | | |
|---|---|---|---|---|
| | | PREVIOUS BALANCE: | | $1,377.59 |

| Tran Date | Post Date | Description | Withdrawals | Deposits |
|---|---|---|---|---|
| | 07-22 | Withdrawal-CASH | -300.00 | |
| | 07-29 | Withdrawal-CASH | -500.00 | |

| | | |
|---|---|---|
| ENDING BALANCE: | | $577.59 |
| Checks Cleared | | 0 |
| Total Number of Credits | | 0 |
| Total Number of Debits | | 2 |
| Dividends Paid In 2010 | | 0.00 |

### YTD Tax Summary

| | |
|---|---|
| Total Non-IRA Dividends | 0.00 |

57



**COMMUNITY CREDIT UNION**

601 Williams Blvd., Richland, WA 99354
509.943.5676 · www.hapo.org

 

Phone Inquiries To 509-943-5676

DARVIN E GRIGG
GENERAL DELIVERY
PASCO, WA  99301

**Statement Period**
August 01 - August 31, 2010

**Member #**



## Statement Summary

**DEPOSIT ACCOUNTS** — TOTAL BALANCE: $5.00

| Account Type | Previous Balance | Deposits | Withdrawals | Ending Balance |
|---|---|---|---|---|
| Savings (Suffix #0) | 5.00 | 0.00 | 0.00 | 5.00 |

**CHECKING ACCOUNTS** — TOTAL BALANCE: $2,913.21

| Account Type | Previous Balance | Deposits | Withdrawals | Ending Balance |
|---|---|---|---|---|
| Checking (Suffix #9) | 577.59 | 3,654.00 | 1,318.38 | 2,913.21 |

## Savings (Suffix #0)

PREVIOUS BALANCE: $5.00
ENDING BALANCE: $5.00
Dividends Paid in 2010: 0.00

## Checking (Suffix #9)

PREVIOUS BALANCE: $577.59

| Tran Date | Post Date | Description | Withdrawals | Deposits |
|---|---|---|---|---|
| | 08-10 | Withdrawal-CASH | -100.00 | |
| | 08-12 | Withdrawal - HAPO COMMUNITY 2701 N. 20TH AVE PASCO WA US | -80.00 | |
| | 08-17 | Withdrawal - RITE AID CORP. 215 NORTH 4TH AVENU PASCO WA US | -21.64 | |
| | 08-18 | Deposit - US TREASURY 312 (SOC SEC) | | 3,654.00 |
| | 08-18 | Withdrawal - GRIGG ACE HARDWA 801 W COLUMBIA ST PASCO WA US | -50.38 | |
| | 08-19 | Withdrawal - GRIGG ACE HARDWA 801 W COLUMBIA ST PASCO WA US | -11.89 | |
| | 08-21 | Withdrawal - CARNICERIA LA BA 214 N 4TH AVE PASCO WA US | -122.25 | |
| | 08-23 | Withdrawal - RITE AID CORP. 215 NORTH 4TH AVENU PASCO WA US | -29.73 | |
| | 08-24 | Withdrawal - SUPERMEX #1 420 WEST LEWIS ST PASCO WA US | -202.00 | |
| | 08-28 | Withdrawal - Cardtronics CCSM 115 SOUTH 10TH AVE PASCO WA US | -101.75 | |
| | 08-29 | Withdrawal - GEICO ONE GEICO PLAZA FREDERICSBUR VA US | -62.22 | |
| | 08-30 | Withdrawal - WALMART 4820 NORTH ROAD 68 PASCO WA US | -201.50 | |

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 2003 | 08-31 | 50.72 | 2005 | 08-27 | 59.49 | 2007 | 08-25 | 161.00 |
| 2004 | 08-27 | 9.67 | 2006 | 08-30 | 54.14 | | | |

* Indicates a break in check number sequence

COMPLAINT EXHIBIT 9

89

FILED

BENTON COUNTY CLERK
JOSIE DELVIN
BENTON COUNTY CLERK
KENNEWICK WA

06-2-02846-2

Time 10:52 AM
Acct. Date 10/18/2010    Docket-Code    $30.00
Rcpt. Date 10/18/2010    Tran-Code 1597
Receipt/Item # 2010-01-11866/01
Cashier: EMO
Paid By: daniel gordon, atty
Transaction Amount:

JOSIE DELVIN
BENTON COUNTY CLERK

OCT 20 2010

FILED

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR BENTON COUNTY

| | |
|---|---|
| ATLANTIC CREDIT & FINANCE INC,<br>Assignee from Household Bank,<br>                                  Plaintiff,<br>vs.<br>DARVIN E GRIGG,<br>                               Defendant,<br>vs.<br>HAPO COMMUNITY CREDIT UNION,<br>                     Garnishee Defendant. | Case No. 06-2-02846-2<br><br>JUDGMENT ON ANSWER AND<br>ORDER TO PAY<br><br>JUDGMENT DOCKET<br>NO 06040345 4-9 |

### JUDGMENT SUMMARY

| | |
|---|---|
| Judgment Creditor: | ATLANTIC CREDIT & FINANCE INC. |
| Garnishment Judgment Debtor (Garnishee): | HAPO COMMUNITY CU |
| Cost Judgment Debtor (Defendant): | DARVIN E GRIGG |
| Garnishment Judgment Amount: | $1226.60 |
| Interest from November 30, 2006 to July 30, 2010 | $2511.36 |
| Bank Search Fee | $20.00 |
| Costs Judgment Amount (Certified Mail) | $10.20 |
| Costs Judgment Amount (Filing Fees) | $20.00 |
| Judgment to bear interest at: | 12% |
| Attorney for Judgment Creditor | Matthew R. Aylworth |

Page 1 -- Judgment on Answer and Order to Pay
Case No. 06-2-02846-2

DANIEL N. GORDON, P.C.
Attorneys and Counselors at Law
4023 W 1st Ave / P.O. Box 22338
Eugene, OR 97402
Phone: (541) 342-2276 Fax: (541) 343-8059

CERTIFIED COPY

ORIGINAL

90

### BASIS

1
2    IT APPEARING THAT garnishee has withheld non exempt funds due to Defendant
3  in the nonexempt amount of $1226.60; that at the time of the Writ of Garnishment was
4  issued Defendant was employed by or maintained a financial institution account with the
5  garnishee, or garnishee had in its possession or control funds, personal property of
6  effects of Defendant. Now, therefore, it is hereby

7                                     ### ORDER

8    ORDERED, ADJUDGED, AND DECREED that Plaintiff is awarded judgment
9  against garnishee in the amount of $1226.60 that Plaintiff is awarded judgment against
10  Defendant in the amount of $50.20 for recoverable costs; that if this is a Superior Court
11  Order, garnishee shall pay its judgment amount to [ ] Plaintiff [X] Plaintiff's attorney
12  through the registry of the Court, and the clerk of the Court shall note receipt thereof and
13  forthwith disburse such payment to [ ] Plaintiff [X] Plaintiff's attorney; that if this is a
14  District Court Order, garnishee shall pay its judgment amount to [ ] Plaintiff [X] Plaintiff's
15  attorney, and if any payment is received by the clerk of the Court, the clerk shall forthwith
16  disburse such payment to [ ] Plaintiff [X] Plaintiff's attorney.  Garnishee is advised that
17  the failure to pay its judgment amount may result in execution of the judgment, including
18  garnishment.

19  DONE IN OPEN COURT this  20 day of   Oct              , 2010

20                                              JUDGE/COMMISSIONER
21                                              Court address:
22                                              7122 W. Okanogan Pl. Bldg. A
                                                Kennewick WA 99336-2341

23  Presented by:
24  DANIEL N. GORDON, P.C.

25
26  Matthew R. Aylworth, WSB #37892
27  of Attorneys for Plaintiff

28

Page 2 -- Judgment on Answer and Order to Pay
Case No. 06-2-02846-2

                                              DANIEL N. GORDON, P.C.
                                              Attorneys and Counselors at Law
                                              4023 W 1st Ave / P.O. Box 22338
                                              Eugene, OR 97402
                                              Phone: (541) 342-2276 Fax: (541) 343-8059

CERTIFIED COPY    ORIGINAL

91